**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Kay & Sons LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0643861** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2550 Boulevard of the Generals, Ste. 320 Norristown, PA 19403** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)     **www.kayandsons.com**

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Kay & Sons LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Kay & Sons LLC**                                          Case number (*if known*) _____
         Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Note: ■ $1,000,001 - $10 million

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Kay & Sons LLC** _____ Case number (*if known*) _____
         Name

▮▮▮▮   **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/22/2022
              MM / DD / YYYY

X _____          **Edward Welsh III**
Signature of authorized representative of debtor     Printed name

Title   **Member**


**18. Signature of attorney**   X   */s/ Barry D. Kleban*                    Date   6/22/2022
                                   Signature of attorney for debtor                MM / DD / YYYY

                                **Barry D. Kleban 25934**
                                Printed name

                                **McElroy Deutsch et al - Phiadelphia**
                                Firm name

                                **1617 JFK Blvd.**
                                **Suite 1500**
                                **Philadelphia, PA 19103-1815**
                                Number, Street, City, State & ZIP Code

                                Contact phone   **215-557-2900**     Email address   **bkleban@mdmc-law.com**

                                **25934 PA**
                                Bar number and State

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| : | CHAPTER 7 |
| In re: : | |
| : | |
| KAY & SONS, LLC : | |
| : | |
| Debtor. : | |
| : | JUNE 22, 2022 |

**GLOBAL NOTIES REGARDING DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "SOFA," and collectively with the Schedules, the "Schedules and Statements") filed by Kay & Sons LLC (the "Debtor"), in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court"), were prepared pursuant to Section 521 of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtor with the assistance of counsel and are unaudited.  While the Debtor has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available to it at the time of preparation, the subsequent receipt of information may result in material changes to the financial data and other information contained therein.  The Debtor reserves its right to amend the Schedules and Statements from time to time as may be necessary or appropriate.  The Global Notes Regarding Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.   Description of the Case and "as of" Information Date.  On June 22, 2022 (the "Petition Date"), the Debtor filed a voluntary petition with the Bankruptcy Court under chapter 7 of the Bankruptcy Code.  Unless otherwise state, asset and liability information is as of the Petition Date.

2.   Basis of Presentation.  For financial reporting purposes, Debtor prepares financial statements that include financial data from the Debtor.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP").

3.   Summary of Significant Reporting Policies.  The following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

a.      Payments Made within 90-days prior to the Petition Date.  Payments made to non-insider employees for ordinary course salaries, wages, bonuses, commissions and employee benefits were omitted from SOFA 3(b).

b.      Inventories.  Inventories are provided as kept in the ordinary course of the Debtor's business.  The Debtor reserves all rights with respect to the valuation of any inventories.

c.      Valuations.  Unless otherwise specified, amounts listed as the value of personal property represent the net book value of each such asset as of or shortly preceding the Petition Date pursuant to the Debtor's books and records, derived from the original book value of each such asset minus depreciation over time.  This may or may not be equivalent to fair market value.

d.      Causes of Action.  The Debtor has not necessarily set forth all claims or causes of action against third parties as assets in the Schedules and Statements.  The Debtor reserves for the benefit of the estate all of its rights with respect to any such claims or causes of action it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

e.      Secured Claims.  The Debtor reserves for the benefit of the estate its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor, whether or not listed on Schedule D.  Furthermore, secured claim amounts have been listed on Schedule D without regard to the value of assets secured thereby.  The Debtor did not estimate the fair market value as of the Petition Date of assets pledged pursuant to a secured obligation.  Any descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

f.      Priority Claims.  As some taxing authorities may not yet have assessed all of the Debtor's pre-petition tax obligations, the Debtor specifically reserves for the benefit of the estate the right to amend Schedule E to include any such later discovered tax obligation.

g.      Executory Contracts.  While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts, inadvertent errors or omissions may have occurred.  The Debtor hereby reserves for the benefit of the estate all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed in Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and

agreements which may not be listed therein.  Certain leases listed on Schedule G may contain renewal options, guarantees or payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  The absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which Debtor is a party is not executory.  Parties to executory contracts and unexpired leases were not listed on Schedule F, except where past due amounts were recorded in the Debtor's accounts payable.  The Debtor has not listed on Schedules D or F executory contract counter-parties which may have claims related to contract/lease rejection or other damages.  The Debtor reserves for the benefit of the estate all of its rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization as executory or the structure of any transaction, document or instrument.

4.      <u>Adjustment to Scheduled Claim Amounts</u>.  Certain of the Schedules list creditors and set forth the Debtor's estimate of the claims of creditors.  The amounts scheduled are based on the Debtor's records as of certain dates prior to the Petition Date, and the actual obligations to certain creditors may necessarily require adjustment upward or downward, to the extent payments may have been made or further invoices received which were not yet reflected on the Debtor's books and records as of the date of preparation of the Debtor's Schedules and Statements.

5.      <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated.  A failure to designate a claim on any of the Schedules as disputed, contingent and/or liquidated does not constitute an admission that such claim is not subject to objection by the Debtor.  The Debtor reserves for the benefit of the estate the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules, as to amount, liability or status.

6.      <u>Global Notes Control</u>.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor name  **Kay & Sons LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank**<br>**186 Wood Avenue S, Fl. 2**<br>**Iselin, NJ 08830** | **Checking** | 9308 | $235,518.83 |
| 3.2. | **TD Bank**<br>**1068 Stelton Road**<br>**Piscataway, NJ 08854** | **Checking** | 7504 | $80,389.58 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $315,908.41 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    **Kay & Sons LLC**                                          Case number *(If known)*
          Name

| 11a. 90 days old or less: | 1,490,912.61 | - | 0.00 | = .... | $1,490,912.61 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,055,642.57 | - | 0.00 | = .... | $1,055,642.57 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                    | $2,546,555.18 |
---|---
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | | |
| 15.1. | **J.W. Carrigan, LLC** | 0.5  % | | $3,993.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | | |

17.    **Total of Part 4.**                                                    | $3,993.00 |
---|---
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Shades/Tools** | **N/A** | **Unknown** | **N/A** | $84,087.19 |

23.    **Total of Part 5.**                                                    | $84,087.19 |
---|---
Add lines 19 through 22.  Copy the total to line 84.

Debtor    **Kay & Sons LLC**                                          Case number *(If known)* _____
_____
Name

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   Office furniture<br>**Office Furniture** | **Unknown** | **N/A** | **$13,233.18** |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer Equipment** | **Unknown** | **N/A** | **$7,500.00** |

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $20,733.18 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor    **Kay & Sons LLC**_____    Case number *(If known)*_____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2019 Ford Transit Van VIN No.**<br>**1FT3W2XM1KKA84414** | **Unknown** | **N/A** | **$18,918.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**2008 CAT Forklift 3512819** | **$4,838.99** | | **$4,838.99** |

**51.**    **Total of Part 8.**                                                                                   | **$23,756.99** |

Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **2550 Blvd of the<br>Generals, Ste 320<br>Norristown, PA<br>19403** | **Leasee** | **$0.00** | | **Unknown** |
| 55.2.  **2550 Blvd of the<br>Generals, Ste 220<br>Norristown, PA 19403** | **Leasee** | **$0.00** | | **Unknown** |

Debtor    **Kay & Sons LLC**_____    Case number *(If known)* _____
        Name

56.    **Total of Part 9.**                                    | $0.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites**<br>kayandsons.com | Unknown | | Unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations**<br>Customer List | Unknown | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.    **Total of Part 10.**                                   | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Kay & Sons LLC**                                          Case number *(If known)* _____
               Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $315,908.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,546,555.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $3,993.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $84,087.19 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,733.18 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,756.99 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,995,033.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,995,033.95 |

**Fill in this information to identify the case:**

Debtor name __**Kay & Sons LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name     **Kay & Sons LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $7,462.98 |
| | **Barrisol**<br>**23940 Mile Road**<br>**Cleveland, OH 44128** | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number **1303** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | $2,076.00 |
| | **Bart Halpern**<br>**1155 Manhattan Avenue**<br>**Brooklyn, NY 11222** | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | $466,737.25 |
| | **Christine Battenfield**<br>**14261 Mango Drive**<br>**Del Mar, CA 92014** | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | $609,078.24 |
| | **Draper**<br>**411 S. Pearl Street**<br>**P.O. Box 425**<br>**Spiceland, IN 47385** | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number **5727** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Kay & Sons LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,812.96**

**Draperies Etc., Inc.**
**P.O. Box 91**
**Milford, DE 19963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373,389.80**

**Edward Welsh**
**1464 W Front Street**
**Lincroft, NJ 07738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00**

**Emque**
**1025 Old Country Rd, Ste 301**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$513.00**

**Frank B. Clayton's Sons Inc.**
**3750 N. 5th Street**
**Philadelphia, PA 19140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1879**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$715.69**

**Fraser Advanced Info System**
**320 Penn Avenue**
**Reading, PA 19611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **KS00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,234.50**

**Grassi & Co.**
**50 Jericho Quadrangle**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6003**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,725.00**

**HKA Global**
**2005 Market Street, Suite 820**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1800**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kay & Sons LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.22 |
|---|---|---|---|

**Home Depot Credit Services**
P.O. Box 70293
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0325

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $685.48 |
|---|---|---|---|

**Hunter Douglas Architectural**
12975 Brokoprinter Place, Suite 210
Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5150

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.00 |
|---|---|---|---|

**Imperial Privacy Systems, LLC**
4100 SW 8th Street
Pompano Beach, FL 33069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1299

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,071.18 |
|---|---|---|---|

**In Pro**
S80 W18766 Apollo Drive
Muskego, WI 53150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6562

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,434.78 |
|---|---|---|---|

**Indecs**
P.O. Box 506
Rutherford, NJ 07070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3861

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,881.88 |
|---|---|---|---|

**J.W. Carrigan LLC**
705 General Washington Ave
Ste 100
Norristown, PA 19403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.23 |
|---|---|---|---|

**Jackson's Window Shoppe Inc.**
633 Lausch Lane
Lancaster, PA 17601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kay & Sons LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,026,821.95**

**Jennifer Emery**
**1464 W Front Street**
**Lincroft, NJ 07738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$566,840.21**

**Kilpatrick Townsend & Stockton**
**P.O. Box 945614**
**Atlanta, GA 30394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4335**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,864.00**

**Kushner Drapery**
**5305 Rt. 70**
**Pennsauken, NJ 08109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$142,297.00**

**Legrand Shading**
**55 Hymus Road**
**Scarborough**
**Ontario, Canada M1L 2C6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.92**

**Levolor Commercial-CBG**
**P.O. Box 848630**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5150**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$345,691.60**

**Lutron Electronics**
**3477 Corporate Parkway**
**Center Valley, PA 18034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9514**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$488.45**

**Maryland Use Tax Payable**
**52 Buttonwood Street**
**Norristown, PA 19401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3861**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kay & Sons LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,217,506.48** |
|---|---|---|---|

**Mecho Shade Systems, Inc.**
**7549 Graber Road**
**Middleton, WI 53562**

Date(s) debt was incurred  _

Last 4 digits of account number  **400**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$777.37** |
|---|---|---|---|

**Napco Copy Graphics**
**P.O. Box 234**
**Lyndhurst, NJ 07071**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84.00** |
|---|---|---|---|

**National Registered Agents**
**160 Greentree Drive, Ste. 101**
**Dover, DE 19904**

Date(s) debt was incurred  _

Last 4 digits of account number  **2720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,278.15** |
|---|---|---|---|

**PECO Energy**
**P.O. Box 13439**
**Philadelphia, PA 19162**

Date(s) debt was incurred  _

Last 4 digits of account number  **4025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,659.78** |
|---|---|---|---|

**ROMO**
**16722 West Park Circle Drive**
**Chagrin Falls, OH 44023**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$243,290.09** |
|---|---|---|---|

**Scholes Electric & Communications**
**1021 Centennial Avenue**
**Piscataway, NJ 08854**

Date(s) debt was incurred  _

Last 4 digits of account number  **2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,104.66** |
|---|---|---|---|

**Skyco Shading Systems, Inc.**
**3411 W. Fordham Avenue**
**Santa Ana, CA 92704**

Date(s) debt was incurred  _

Last 4 digits of account number  **0642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kay & Sons LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,226.07 |
|---|---|---|---|

**Springs Window Fashions**
**7549 Graber Road**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4605**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,566.86 |
|---|---|---|---|

**United Rentals**
**P.O. Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1688**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,515.00 |
|---|---|---|---|

**USI Insurance Services**
**P.O. Box 61007**
**Virginia Beach, VA 23466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **SON1**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110,067.28 |
|---|---|---|---|

**Window Tex**
**12830 Virkler Drive**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **780**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,067.41 |
|---|---|---|---|

**Worldwide Window Fashions**
**P.O. Box 46945**
**Philadelphia, PA 19160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5029**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,348,355.47 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,348,355.47 |

**Fill in this information to identify the case:**

Debtor name      **Kay & Sons LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Collective Bargaining Agreement** | |
| State the term remaining | **Memorandum of Agreement Between Northeast Regional Council of Carpenters and Philadelphia Region Window Treatment Association** |
| List the contract number of any government contract _____ | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | **PLEASE SEE ATTACHED** |

| JOB | JOB DESCRIPTION | CONTRACT OR LEASE | CONTRACT STATUS | JOB STATUS | CONTRACT AMOUNT | CONTRACT BACKLOG / TERM REMAINING | NAME | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| | 2550 BOULEVARD OF THE GENERALS, STE 220 NORRISTOWN PA 19403 | UNEXPIRED LEASE | EXPIRES 12/31/24 | | | 32 MONTHS | 2550 NORRISTOWN REALTY | 504 MIDDLESEX DRIVE, MOORESTOWN, NJ 08057 |
| | 2550 BOULEVARD OF THE GENERALS, STE 320 NORRISTOWN PA 19403 | UNEXPIRED LEASE | EXPIRES 4/30/23 | | | 12 MONTHS | 2550 NORRISTOWN REALTY | 504 MIDDLESEX DRIVE, MOORESTOWN, NJ 08057 |
| 2211211 | MENDEL LANGHORNE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 17,924.53 | $ 17,924.53 | A & E CONSTRUCTION | 242 LINCOLN HIGHWAY, LANGHORNE  PA  19047 |
| 2211210 | MENDEL WILLOW GROVE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 13,018.87 | $ 13,018.87 | A & E CONSTRUCTION | 102 PARK AVE, WILLOW GROVE  PA  19090 |
| 2220406 | AE OFFICE | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 4,428.30 | $ 4,428.30 | A & E CONSTRUCTION | 152 GARRET ROAD, UPPER DARBY  PA  19082 |
| 2211212 | SUMMERDALE WAREHOUSE | CONTRACT | RECEIVED | WORK REMAINING | $ 10,570.00 | $ 10,570.00 | A&E CONSTRUCTION | 5000 SUMMERDALE AVENUE, PHILADELPHIA  PA  19124 |
| 2220403 | CDM LANCASTER | CONTRACT | RECEIVED | WORK REMAINING | $ 7,377.36 | $ 7,377.36 | A-1 CONSTRUCTION SPECIALTY INC | 2160 NOLL DRIVE, LANCASTER  PA  17603 |
| 2220304 | POTTSTOWN HOSPITAL 5TH FLOOR | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 3,028.30 | $ 3,028.30 | A-1 CONSTRUCTION SPECIALTY INC | 1600 EAST HIGH STREET , POTTSTOWN  PA  19464 |
| 2170650 | VANGUARD - FURNISH ONLY | CONTRACT | RECEIVED | WORK REMAINING | $ 55.00 | $ 55.00 | ABM FACILITY SERVICES | 130 MOREHALL ROAD, MALVERN  PA  19355 |
| 2180844 | PENNINGTON SCHOOL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 4,089.00 | $ 4,089.00 | ADAMS BICKEL ASSOCIATES | 112 WEST DELAWARE AVE, PENNINGTON  NJ  08534 |
| 2201107 | STEVEN INSTITUE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 458,347.00 | $ 32,092.26 | AECOM TISHMAN | 1 CASTLE POINT, HOBOKEN  NJ  07030 |
| 2150836 | PFIZER-COLLEGEVILLE-BLNKT LBR | CONTRACT | RECEIVED | WORK REMAINING | $ 200.00 | $ 200.00 | AECOM TISHMAN | PFIZER-500 ARCOLA ROAD, COLLEGEVILLE  PA  19426 |
| 2220126 | MANN RIVERA REC CENTER | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 25,300.93 | $ 25,300.93 | AIREKO ABROAD  LLC | 3201 NORTH 5TH STREET , PHILADELPHIA  PA  19140 |
| 2210822 | STONE HARBOR BEACH PATROL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 13,440.00 | $ 11,670.00 | ALIANO BROTHERS | 9508 2ND AVE, STONE HARBOR  NJ  08247 |
| 2211003 | DEPTFORD SPEC SUITE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 6,884.00 | $ 6,884.00 | ALIANO BROTHERS | 575 SOUTH FOX RUN ROAD, DEPTFORD  NJ  08096 |
| 2220109 | DELRAN MILLBRIDGE ES | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 4,740.00 | $ 4,740.00 | ALIANO BROTHERS | 282 CONROW ROAD, DELRAN  NJ  08075 |
| 2220336 | DRAPERY REPLACEMENTS | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 62,847.22 | $ 31,423.61 | AMERICAN COLLEGE OF PHYSICIANS | 190 N INDEPEN MALL W 9TH FLR, PHILADELPHIA  PA  19106 |
| 2220303 | UNIVERSITY OF THE ARTS RM 1429 | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 4,398.15 | $ 4,398.15 | ARAMARK SERVICES  INC. | 320 SOUTH BROAD STREET , PHILADELPHIA  PA  19102 |
| 2220421 | CARDINAL HEALTH | CONTRACT | RECEIVED | WORK REMAINING | $ 4,924.53 | $ 4,924.53 | ARTHUR FUNK & SONS INC | 1250 MARSHALL AVE , LANCASTER  PA  17601 |
| 2210206 | DEPTFORD MIDDLE SCHOOL | CONTRACT | RECEIVED | WORK REMAINING | $ 42,000.00 | $ 36,990.00 | ARTHUR J OGREN INC | 890 BANKBRIDGE ROAD, DEPTFORD  NJ  08096 |
| 2210601 | ROWAN-WILSON DANCE HALL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 33,980.00 | $ 23,150.00 | ARTHUR J OGREN INC | 201 MULLICA HILL ROAD, GLASBORO  NJ  08028 |
| 2220220 | MILANESI ES | CONTRACT | RECEIVED | WORK REMAINING | $ 19,740.00 | $ 19,740.00 | ARTHUR J OGREN INC | 880 HARDING HIGHWAY, BUENA  NJ  08343 |
| 2220408 | MILLVILLE PUBLIC LIBRARY | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 13,440.00 | $ 13,440.00 | ARTHUR J OGREN INC | 210 BUCK STREET, MILLVILLE  NJ  08332 |
| 2211113 | ACCC BLDG B | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 13,220.00 | $ 13,220.00 | ARTHUR J OGREN INC | 5100 BLACK HORSE PIKE, MAYS LANDING  NJ  08330 |
| 2220127 | CCC INT RENOVS | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 11,340.00 | $ 11,340.00 | ARTHUR J OGREN INC | 200 NORTH BROADWAY , CAMDEN  NJ  08102 |
| 2220211 | GCIT | CONTRACT | RECEIVED | WORK REMAINING | $ 10,688.00 | $ 10,188.00 | ARTHUR J OGREN INC | WEST COLLEGE DRIVE, SEWELL  NJ  08080 |
| 2220415 | BUENA REGIONAL HS | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 9,100.00 | $ 9,100.00 | ARTHUR J OGREN INC | 125 WEYMOUTH ROAD, BUENA  NJ  08310 |
| 2210600 | ROWAN-ALLIED HEALTH | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 7,840.00 | $ 7,840.00 | ARTHUR J OGREN INC | WEST COLLEGE DRIVE, SEWELL  NJ  08080 |
| 2211107 | AVALON FIRE DEPT | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 3,994.00 | $ 3,994.00 | ARTHUR J OGREN INC | 3088 DUNE DRIVE , AVALON  NJ  08202 |
| 2220221 | ROWAN ALLIED | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 3,284.00 | $ 3,284.00 | ARTHUR J OGREN INC | 1400 TANYARD ROAD, SEWELL  NJ  08080 |
| 2211206 | GSA NUCLEAR REGULATORY | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 29,192.45 | $ 27,733.02 | AT CONSTRUCTION INC | 475 ALLENDALE ROAD, KING OF PRUSSIA  PA  19406 |
| 2220312 | WAWA WBC | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 10,362.26 | $ 10,362.26 | AT CONSTRUCTION INC | 260 WEST BALTIMORE PIKE , MEDIA  PA  19063 |
| 2210221 | 550 WASHINGTON ST | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 32,864.00 | $ 1,848.00 | B&G ELECTRICAL CONTRACTORS | 550 WASHINGTON ST, NEW YORK  NY  10014 |
| 2210212 | LONGWOOD GDN CONSERVATORY "B" | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 2,790,952.10 | $ 2,709,160.00 | BANCROFT CONSTRUCTION CO. | 1001 LONGWOOD ROAD, KENNETT SQUARE  PA  19348 |
| 2211214 | LONGWOOD REIMAGINED | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 171,641.50 | $ 171,641.50 | BANCROFT CONSTRUCTION CO. | 1001 LONGWOOD ROAD, KENNETT SQUARE  PA  19348 |
| 2210813 | RIVERHOUSE | CONTRACT | RECEIVED | WORK REMAINING | $ 60,240.00 | $ 60,240.00 | BANCROFT CONSTRUCTION CO. | 401 A STREET , WILMINGTON  DE  19801 |
| 2210809 | DOVER CREDIT UNION | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 7,440.00 | $ 7,440.00 | BATHON BUILDERS | 150 E. WATER ST, DOVER  DE  19901 |
| 2211013 | PHMC-4601 MARKET STREET | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 12,404.03 | $ 12,404.03 | BITTENBENDER CONSTRUCTION | 4601 MARKET STREET, PHILADELPHIA  PA  19139 |
| 2150438 | COMCAST SMALL PROJECTS T&M | CONTRACT | RECEIVED | WORK REMAINING | $ 6,000.00 | $ 6,000.00 | BITTENBENDER CONSTRUCTION | 1701 JFK BLVD 54TH FLR TERRACE, PHILADELPHIA  PA  19103 |
| 2210834 | NORTHPOINT-BETHEL | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 10,152.98 | $ 10,152.98 | BLUE ROCK CONSTRUCTION | 20 MARTHA DRIVE , BETHAL  PA  17067 |
| 2210112 | UPPER MERION HIGH SCHOOL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 221,698.11 | $ 181,176.41 | BORO CONSTRUCTION | 456 CROSSFIELD ROAD, KING OF PRUSSIA  PA  19406 |
| 2211116 | LOWER MORELAND HS | CONTRACT | RECEIVED | WORK REMAINING | $ 99,000.00 | $ 95,535.00 | BORO CONSTRUCTION | 555 RED LION ROAD, HUNTINGDON VALLEY  PA  19006 |
| 2210823 | SALVATION ARC | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 19,440.00 | $ 16,800.00 | BPGS CONSTRUCTION  L.L.C. | 600 SOUTH WALNUT STREET, WILMINGTON  DE  19801 |
| 2220423 | CIRA CENTER LOBBY | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 36,888.89 | $ 18,444.45 | BRANDYWINE CIRA  L.P. | 2929 ARCH STREET, PHILADELPHIA  PA  19104 |
| 2220219 | MARY CAMPBELL CENTER | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 3,755.00 | $ 3,755.00 | BRANDYWINE CONTRACTORS INC | 4641 WELDIN ROAD, WILMINGTON  DE  19803 |
| 2210422 | 400 BERWYN PARK | CONTRACT | RECEIVED | WORK REMAINING | $ 107,300.70 | $ 107,300.70 | BRANDYWINE REALTY TRUST | 899 CASSATT ROAD, BERWYN  PA  19312 |
| 2210439 | POCOPSON ADMIN BLDG | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 5,094.34 | $ 3,759.43 | BSS CONTRACTORS | 650 S. WAWASET ROAD, WEST CHESTER  PA  19380 |
| 2220324 | CCIU UNION STREET | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 2,794.00 | $ 2,794.00 | BSS CONTRACTORS | 540 EAST UNION STREET, WEST CHESTER  PA  19382 |
| 2220122 | 517 SHIPLEY | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 178,000.00 | $ 154,960.00 | BUCCINI POLLIN GROUP INC | 517 SHIPLEY , WILMINGTON  DE  19801 |

| JOB | JOB DESCRIPTION | CONTRACT OR LEASE | CONTRACT STATUS | JOB STATUS | CONTRACT AMOUNT | CONTRACT BACKLOG / TERM REMAINING | NAME | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 2220315 | ROSA MEXICANO | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 16,032.08 | $ 8,016.04 | BUILDER GURU CONTRACTING | 105 COULTER AVE,ARDMORE  PA  19003 |
| 2220205 | JEFFERSON COVID LAB | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 7,100.00 | $ 5,857.00 | BWM CONSTRUCTION LLC | 2201 CHAPEL AVE WEST ,CHERRY HILL  NJ  08002 |
| 2210728 | ESPERANZA HEALTH/ WELLNESS CTR | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 19,336.11 | $ 19,336.11 | C. ERICKSON & SONS INC | 3222-58 H STREET,PHILADELPHIA  PA  19134 |
| 2190806 | CBRE - OFFICE REPAIR | CONTRACT | RECEIVED | WORK REMAINING | $ 2,800.00 | $ 2,800.00 | CBRE-PROPERTY MANAGEMENT | 4747 S BROAD ST  SUITE 120,PHILADELPHIA  PA  19112 |
| 2220111 | 12TH AND SANSOM | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 340,740.74 | $ 340,740.74 | CLEMENS CONSTRUCTION | 12TH AND SANSOM,PHILADELPHIA  PA  19102 |
| 2220333 | COM CHOPS-REST SUN SHADE REPLA | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 55,554.94 | $ 27,777.47 | COMCAST CENTER | 1701 JFK BLVD,PHILADELPHIA  PA  19103 |
| 2210513 | COMCAST 2-19 TH FL REAPIR | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 1,388.89 | $ 1,388.89 | COMCAST TECHNOLOGY CENTER | 1800 ARCH ST,PHILADELPHIA  PA  19104 |
| 2190303 | 75 ROCKEFELLER | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 40,280.00 | $ 13,634.00 | CONVENE | 75 ROCKEFELLER PLAZA,NEW YORK  NY  10019 |
| 2220328 | FMFCU KENNET SQUARE | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 9,418.87 | $ 9,418.87 | D. FICKLER CONSTRUCTION LLC | 891 EAST BALTIMORE PIKE ,KENNETT SQUARE  PA  19348 |
| 2220106 | FMFCU BEAR | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 6,300.00 | $ 6,300.00 | D. FICKLER CONSTRUCTION LLC | 1100 QUINTILIO DRIVE,BEAR  DE  19701 |
| 2210432 | HUGHES TECH ENERGY | CONTRACT | RECEIVED | WORK REMAINING | $ 26,734.00 | $ 8,477.00 | DANDREA CONSTRUCTION CO  INC | AC AIRPORT,ATLANTIC CITY  NJ  08234 |
| 2001101 | WEST WINDSOR HS | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 3,850.00 | $ 1,650.00 | DANDREA CONSTRUCTION CO  INC | 346 CLARKSVILLE ROAD,WEST WINDSOR  NJ  08550 |
| 2220334 | PHILA POLICE DISTRICT 15 | CONTRACT | RECEIVED | WORK REMAINING | $ 6,121.54 | $ 6,121.54 | DANIEL J. KEATING COMPANY | 2809 LEVICK ST ,PHILADELPHIA  PA  19149 |
| 2220402 | HYPERION | CONTRACT | RECEIVED | WORK REMAINING | $ 3,174.09 | $ 3,174.09 | DEVON CONSTRUCTION SERVICES | 1001 OLD CASSATT ROAD,BERWYN  PA  19034 |
| 2211209 | TRINITY FOULK | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 2,225.00 | $ 2,225.00 | D'LAURO & RODGERS | 2002 FOULK ROAD-STE 0,WILMINGTON  DE  19810 |
| 2211105 | TRINITY-METROFORM | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 1,750.00 | $ 1,750.00 | D'LAURO & RODGERS | 620 STANTON CHRISTIANA ROAD,NEWARK  DE  19713 |
| 2201209 | GENEONE LIFE SCIENCE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 17,570.00 | $ 950.94 | D'LAURO & RODGERS | 535 PENNSYLVANIA AVE,FORT WASHINGTON  PA  19034 |
| 2210829 | WEST POINT-BLGD 620 | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 91,770.11 | $ 89,473.90 | DOBCO  INC | WEST POINT BUILDING 620 REPAIR,USAG WEST POINT  NY  10996 |
| 2210116 | MONTGOMERY MUNICIPAL CENTER | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 80,789.66 | $ 10,147.00 | DOBCO  INC | 200 HEADQUARTERS DRIVE,MONTGOMERY  NJ  08558 |
| 2180742 | DRINKER BRIDDLE -T & M REPAIR | CONTRACT | RECEIVED | WORK REMAINING | $ 600.00 | $ 600.00 | DRINKER BIDDLE & REATH LLP | ONE LOGAN SQ,PHILADELPHIA  PA  19103 |
| 2211221 | WEST WINDSOR HS | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 4,822.00 | $ 4,822.00 | DUALL RESTORATION BUILDING | 90 GROVERS MILL ROAD ,PLAINSBORO  NJ  08536 |
| 2201203 | HAVERFORD HIGH SCHOOL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 13,194.34 | $ 830.19 | E. R. STUEBNER | 200 MILL ROAD,HAVERFORD  PA  19083 |
| 2210606 | LINCOLN FINANCIAL-CONF ROOM | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 2,093.39 | $ 2,093.39 | EAGLES STADIUM OPERATOR  LLC | 1 LINCOLN FINANCIAL FIELD WAY,PHILADELPHIA  PA  19148 |
| 2180109 | DEKA BLACKOUT SHADES | CONTRACT | RECEIVED | WORK REMAINING | $ 2,450.00 | $ 2,450.00 | EAST PENN MANUFACTURING CO. | 102 DEKA ROAD,LYON STATION  PA  19536 |
| 2210702 | BOGGS-6TH FL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 10,640.00 | $ 10,640.00 | EASTERN CONSTRUCTION & | 844 N KING ST,WILMINGTON  DE  19801 |
| 2210403 | DSWA-DOVER | CONTRACT | RECEIVED | WORK REMAINING | $ 14,520.00 | $ 12,855.00 | EDIS COMPANY | 601 ENERGY LANE,DOVER  DE  19901 |
| 2200409 | CAREER & ADVANCED TECH CTR | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 36,805.55 | $ 28,785.18 | ERNEST BOCK & SONS  INC. | 4750 MARKET ST,PHILADELPHIA  PA  19139 |
| 2210512 | SALEM CO-SUPERIOR COURT | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 26,500.00 | $ 26,500.00 | ERNEST BOCK & SONS  INC. | 92 & 94 MARKET ST,SALEM  NJ  08807 |
| 2210905 | AMERICAN WATER | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 14,640.00 | $ 14,640.00 | FABBRI BUILDERS | 100 WALTER A GAINES,LAWNSIDE  NJ  08075 |
| 2180827 | PHILLY VAMC SPECIALTY CLINIC | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 14,988.00 | $ 9,845.00 | FIDELIS DESIGN & CONSTRUCTION | UNIVERISTY AND WOODLAND AVES,PHILADELPHIA  PA  19104 |
| 2171042 | WILKES BARRE KITCHEN RENO. | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 6,650.00 | $ 6,650.00 | FIDELIS DESIGN & CONSTRUCTION | 1111 EAST END STREET,WILKES BARRE  PA  18764 |
| 2220301 | COATESVILLE VAMC BLDG 4 | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 4,566.04 | $ 4,566.04 | FIDELIS DESIGN & CONSTRUCTION | 1400 BLACK HORSE HILL ROAD,COATESVILLE  PA  19320 |
| 2211103 | TRINITY-ST MARY-BENSALEM | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 4,279.25 | $ 4,279.25 | FLORKOWSKI BUILDERS | 3331 STREET ROAD,BENSALEM  PA  19020 |
| 2211106 | TRINITY-EASTWICK | CONTRACT | RECEIVED | WORK REMAINING | $ 604.82 | $ 604.82 | FLORKOWSKI BUILDERS | 2821 ISLAND AVE,PHILADELPHIA  PA  19153 |
| 2220132 | TRANSCELERATE | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 9,849.06 | $ 3,885.85 | FORMCRAFT | 300 FOUR FALLS - 4th FLOOR,CONSHOHOCKEN  PA  19428 |
| 2220105 | WSFS | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 10,185.19 | $ 1,842.60 | FORMCRAFT | 1818 MARKET STREET 22ND FLOOR,PHILADELPHIA  PA  19103 |
| 2220419 | FOUR SEA-PHILA-MAN DRAP TRACK | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 3,746.00 | $ 3,746.00 | FOUR SEASONS HOTEL PHL | 1 NORTH 19TH STREET ,PHILADELPHIA  PA  19103 |
| 2220420 | FOUR SEAS RM 5022 DRAP TRACK | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 2,549.64 | $ 2,549.64 | FOUR SEASONS HOTEL PHL | 1 NORTH 19TH STREET,PHILADELPHIA  PA  19103 |
| 2220202 | FREE LIBRARY- NICETOWN- ADD | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 3,451.27 | $ 3,451.27 | FREE LIBRARY OF PHILADELPHIA | 3720 NORTH BROAD STREET ,PHILADELPHIA  PA  19140 |
| 2220400 | NEW OFFICE SHADES | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 1,531.13 | $ 1,531.13 | GATTI MORRISON | 801 1ST AVE,KING OF PRUSSIA  PA  19406 |
| 2220327 | GEIS REALTY-15th FL MINI BLIND | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 20,903.56 | $ 20,903.56 | GEIS REALTY | 30 S. 17th ST.  15th FLOOR,PHILADELPHIA  PA  19103 |
| 2210510 | NEMOURS ARTIFACT | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 7,824.00 | $ 6,374.00 | GILBANE | 1600 ROCKLAND ROAD,WILMINGTON  DE  19803 |
| 2220214 | EINSTEIN-HACKENBERG 1 N | CONTRACT | RECEIVED | WORK REMAINING | $ 3,000.00 | $ 3,000.00 | GILBANE | 5501 OLD YORK ROAD ,PHILADELPHIA  PA  19141 |
| 2210928 | 42 TRINITY | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 39,494.83 | $ 37,190.81 | GILBANE BUILDING CO | 42 TRINITY PLACE,NEW YORK  NY  10006 |
| 2210722 | EATONTOWN FORD | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 16,881.59 | $ 16,881.59 | GRACE CONSTRUCTION MGMT | RT 36 AND MARIN WAY,EATONTOWN  NJ  07724 |
| 2210901 | FULTON BANK | CONTRACT | RECEIVED | WORK REMAINING | $ 4,490.74 | $ 4,490.74 | GRACE CONSTRUCTION MGMT | 111 SOUTH BROAD STREET,PHILADELPHIA  PA  19147 |
| 2190524 | DHC HONDA | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 3,775.00 | $ 3,775.00 | GRACE CONSTRUCTION MGMT | 1101 US 9,OLD BRIDGE  NJ  08857 |
| 2210817 | LITHIA DRIVEWAY | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 21,821.19 | $ 2,764.82 | GRACE CONSTRUCTION MGMT | 955 ROUTE 9 NORTH,PERTH AMBOY  NJ  08879 |
| 2211230 | GROUP M-2022 SERVICE CONTRACT | CONTRACT | RECEIVED | WORK REMAINING | $ 33,173.18 | $ 16,586.60 | GROUP M | THREE WORLD TRADE CENTER,NEW YORK  NY  10007 |
| 6210300 | GOODWIN RESIDENCE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 81,267.51 | $ 37,027.51 | HITE CONSTRUCTION  INC. | 930 5TH AVE,NEW YORK  NY  10001 |

| JOB | JOB DESCRIPTION | CONTRACT OR LEASE | CONTRACT STATUS | JOB STATUS | CONTRACT AMOUNT | CONTRACT BACKLOG / TERM REMAINING | NAME | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 2210604 | PSU MUSEUM "B" | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 719,056.60 | $ 441,509.43 | HOLDER CONSTRUCTION COMPANY | PSU,STATE COLLEGE PA 16801 |
| 2211001 | CUHC- CAMCARE 5TH FLOOR RENO | CONTRACT | RECEIVED | WORK REMAINING | $ 6,300.00 | $ 5,223.00 | HSC BUILDERS & CONSTRUCTION MG | 3 COOPER PLAZA,CAMDEN NJ 08103 |
| 2210617 | ST JOSEPH UNIV-MAGUIRE ART | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 20,391.51 | $ 1,950.61 | HSC BUILDERS & CONSTRUCTION MG | 50 LAPSLEY LANE,MERION STATION PA 19066 |
| 2220413 | 1620 SANSOM | CONTRACT | RECEIVED | WORK REMAINING | $ 388,888.89 | $ 388,888.89 | HUNTER ROBERTS CONST. GROUP | 1620 SANSOM STREET,PHILADELPHIA PA 19103 |
| 2210709 | SCHUYLKILL YARDS-WEST TOWER | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 260,000.00 | $ 251,400.00 | HUNTER ROBERTS CONST. GROUP | 3025 JFK BLVD,PHILADELPHIA PA 19103 |
| 6210600 | 1735 MARKET ST-LOBBY- BARRISOL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 60,185.19 | $ 29,638.90 | HUNTER ROBERTS CONST. GROUP | 1735 MARKET ST,PHILADELPHIA PA 19103 |
| 2220206 | 10TH AND VINE REPAIR | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 9,212.96 | $ 9,212.96 | HUNTER ROBERTS CONST. GROUP | 1001 VINE STREET ,PHILADELPHIA PA 19107 |
| 2220306 | KIPP SCHOOL | CONTRACT | RECEIVED | WORK REMAINING | $ 75,000.00 | $ 75,000.00 | HUNTER ROBERTS CONSTRUCTION | 1504 MACOMBS ROAD,NEW YORK NY 10452 |
| 2191215 | RXR LIU RESIDENTIAL TOWER | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 372,000.00 | $ 5,474.58 | HUNTER ROBERTS CONSTRUCTION | 720 NORTHERN BLVD,GREENVALE NY 11548 |
| 2160741 | MSKCC LABORATORY OF MEDICINE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 132,948.44 | $ 2,948.44 | HUNTER ROBERTS CONSTRUCTION | 327 E. 64TH STREET,NEW YORK NY 10065 |
| 2200906 | LOWER MERION MIDDLE SCHOOL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 43,867.92 | $ 39,737.73 | IMC CONSTRUCTION | 1860 W MONTGOMERY AVE,VILLANOVA PA 19085 |
| 2211215 | JERSEY CITY PUBLIC SAFETY HQ | CONTRACT | RECEIVED | WORK REMAINING | $ 71,277.84 | $ 67,713.95 | INTECH CONSTRUCTION INC | 465 MARIN BLVD,JERSEY CITY NJ 07302 |
| 2220222 | VG-252 VG VICT-PHAROS-WT OPT | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 49,322.46 | $ 49,322.46 | IRWIN & LEIGHTON  INC. | 100 ADMIRAL NELSON DRIVE,MALVERN PA 19355 |
| 2220218 | VANGUARD VIC PHAROS-3RD FLR EX | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 22,011.70 | $ 22,011.70 | IRWIN & LEIGHTON  INC. | 100 ADMIRAL NELSON DRIVE,MALVERN PA 19355 |
| 2220217 | VANGUARD-252 VG VIC CONN WT | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 4,910.04 | $ 4,910.04 | IRWIN & LEIGHTON  INC. | 100 ADMIRAL NELSON DRIVE,MALVERN PA 19355 |
| 2210619 | SHIP BOTTOM MUNICIPAL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 13,220.00 | $ 13,220.00 | J. H. WILLIAMS ENTERPRISES | 1621 LONG BEACH BLVD,SHIP BOTTOM NJ 08008 |
| 2210521 | SUN VALLEY HIGH SCHOOL | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 1,886.79 | $ 1,886.79 | JOHN S MCMANUS INC. | 2881 PANCOAST AVE,ASTON PA 19014 |
| 2220318 | 2100 HAM- UNIT2B SLIDE DOOR | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 43,256.24 | $ 22,276.18 | JOSEPH RAGAGLIA | 2100 HAMILTON STREET UNIT 2B,PHILADELPHIA PA 19130 |
| 2220308 | BEAM SUNTORY | CONTRACT | RECEIVED | WORK REMAINING | $ 133,180.25 | $ 66,590.12 | JRM CONSTRUCTION MANAGEMENT | 11 MADISON AVE 12TH FLOOR,NY NY 10010 |
| 2220410 | COACH-23RD FLOOR | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 15,467.28 | $ 15,467.28 | JRM CONSTRUCTION MANAGEMENT | 20 HUDSON YARDS SPACE RU 127,NEW YORK NY 10001 |
| 2210408 | STEELCASE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 12,032.14 | $ 8,725.60 | JRM CONSTRUCTION MANAGEMENT | 4 COLUMBUS CIRCLE,NEW YORK NY 10019 |
| 6210800 | NB CENTER | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 38,679.25 | $ 29,900.95 | JVI-LLC | 570 UNION BLVD ,ALLENTOWN PA 18109 |
| 2220107 | KELLENBERG NEW LAB SHADES | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 18,507.46 | $ 18,507.46 | KELLENBERG MEMORIAL HS | 1400 GLENN CURTISS BLVD,UNIONDALE NY 11553 |
| 2170503 | KIPP COOPER REPAIR | CONTRACT | RECEIVED | WORK REMAINING | $ 480.00 | $ 480.00 | KIPP COOPER NORCROSS ACADEMY | 525 CLINTON STREET,CAMDEN NJ 08103 |
| 2160712 | COMCAST TI FIT OUT | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 5,656,850.52 | $ 25,008.82 | L.F. DRISCOLL COMPANY | 1800 ARCH STREET,PHILADELPHIA PA 19103 |
| 2150933 | ABINGTON MEMOR.-TOLL PAVILION | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 122,697.00 | $ 12,520.00 | L.F. DRISCOLL COMPANY | 1010 HORSHAM ROAD,HORSHAM PA 19044 |
| 6220400 | BARR- CIRA CENTRE-LUTR OFFICE | CONTRACT | RECEIVED | WORK REMAINING | $ 16,620.37 | $ 16,620.37 | LAKASH CONSTRUCTION INC | 2929 ARCH STREET,PHILADELPHIA PA 19104 |
| 2170140 | VERTEX | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 162,187.82 | $ 13,509.82 | LAKASH CONSTRUCTION INC | 2301 RENAISSANCE BLVD,KING OF PRUSSIA PA 19406 |
| 2150935 | MOMA  "B" | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 4,432,059.26 | $ 61,643.26 | LEND LEASE | 53 WEST 53RD STREET,NEW YORK NY 10019 |
| 2150619 | LOEWS HOTEL MILLENIUM SHD RPR | CONTRACT | RECEIVED | WORK REMAINING | $ 4,757.00 | $ 3,377.00 | LOEWS PHILADELPHIA HOTEL | 1200 MARKET ST,PHILADELPHIA PA 19107 |
| 2220411 | LONGWOOD ORCHID HOUSE | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 32,283.02 | $ 32,283.02 | LONGWOOD GARDENS | 1001 LONGWOOD ROAD,KENNETT SQUARE PA 19348 |
| 2220409 | CIRA CENTRE-10TH FLOOR | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 46,064.81 | $ 46,064.81 | LUTRON SERVICES CO.  INC. | 2929 ARCH STREET,PHILADELPHIA PA 19104 |
| 2220201 | CONSTITUTION HEALTH WT | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 33,796.30 | $ 33,796.30 | MALVERN TREATMENT CENTER | 1930 SOUTH BROAD STREET,PHILADELPHIA PA 19145 |
| 2220414 | CRYSTAL RUN ES | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 45,035.00 | $ 45,035.00 | MASON BUILDING GROUP | SUMMIT BRIDGE ROAD,MIDDLTOWN DE 19709 |
| 2201103 | PRINCETON SENGUPTA | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 7,774.00 | $ 2,830.00 | MASSIMINO BUILDING CORP | 41 OLDEN ST,PRINCETON NJ 08540 |
| 2210837 | TEMPLE U- LIACOURAS BAGEL SHP | CONTRACT | RECEIVED | WORK REMAINING | $ 1,106.48 | $ 1,106.48 | MC BUILDERS CONSTRUCTION | 1776 NORTH BROAD STREET,PHILADELPHIA PA 19121 |
| 2220133 | RYDAL - 4th & 5th FLOOR | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 17,566.04 | $ 17,566.04 | MCBRICK BUILDING GROUP | 1515 THE FAIRWAY,JENKINTOWN PA 19046 |
| 2220416 | HUMAN GOOD DINING ROOM | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 7,396.23 | $ 7,396.23 | MCBRICK BUILDING GROUP | 2002 JOSHUA ROAD,LAFAYETTE HILL PA 19444 |
| 2190912 | NJ DOT- BLDG#18 | CONTRACT | RECEIVED | WORK REMAINING | $ 7,480.00 | $ 6,468.00 | NEWPORT CONSTRUCTION | 1035 PARKWAY AVE,EWING TWP NJ 08618 |
| 2220128 | PRETEOVANT | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 11,169.81 | $ 11,169.81 | NORWOOD | 2500 RENAISSANCE BLVD,KING OF PRUSSIA PA 19406 |
| 2210500 | MENDEL GROCERY - RED LION | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 11,059.26 | $ 6,498.15 | NOTTINGHAM CONSTRUCTION  INC | 9960 ROOSEVELT BLVD,PHILADELPHIA PA 19115 |
| 2220337 | SUNRISE ASSISTED LIVING | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 7,300.54 | $ 7,300.54 | NYCANN BUILDERS LLC | 139 EAST 56TH STREET,NEW YORK NY 10022 |
| 2220119 | NACCARATO RESIDENCE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 10,076.85 | $ 10,076.85 | O'DONNELL & NACCARATO | 701 MARKET STREET ,PHILADELPHIA PA 19106 |
| 2171137 | OTTO'S BMW | CONTRACT | RECEIVED | WORK REMAINING | $ 17,440.00 | $ 1,580.00 | OTTO'S BMW | 1275 WILMINGTON PK.,WEST CHESTER PA 19382 |
| 2220321 | GSE | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 21,481.48 | $ 21,481.48 | P. AGNES | 3700 WALNUT STREET,PHILADELPHIA PA 19104 |
| 2180639 | PAFA - SHADE SERVICE | CONTRACT | RECEIVED | WORK REMAINING | $ 1,989.00 | $ 1,539.00 | PA ACADEMY OF FINE ARTS | 128 N. BROAD STREET,PHILADELPHIA PA 19102 |
| 2210915 | 1306-1334 CALLOWHILL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 65,740.74 | $ 65,740.74 | PALACE BUILDERS | 1306-1334 CALLOWHILL STREET,PHILADELPHIA PA 19123 |
| 2210923 | FIRST TRUST BANK | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 38,660.38 | $ 36,069.82 | PANCOAST & CLIFFORD | 15 E. RIDGE PIKE,CONSHOHOCKEN PA 19428 |
| 2211102 | PATH | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 11,130.96 | $ 696.00 | PATH | 1919 COTTMAN AVE ,PHILADELPHIA PA 19111 |
| 2201113 | B1 B2 OFFICE & LOBBY RENO | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 81,339.62 | $ 34,557.54 | PENN COLOR | 2801 RICHMOND RD,HATFIELD PA 19440 |

| JOB | JOB DESCRIPTION | CONTRACT OR LEASE | CONTRACT STATUS | JOB STATUS | CONTRACT AMOUNT | CONTRACT BACKLOG / TERM REMAINING | NAME | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 2220207 | RT 33 OFFICE BLDG A & B | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 74,773.58 | $ 74,773.58 | PENNTEX CONSTRUCTION CO  INC. | 3943 EASTON NAZARETH HW,NAZARETH  PA  18064 |
| 2220305 | PROLOGIS COMMODORE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 51,526.38 | $ 51,526.38 | PENNTEX CONSTRUCTION CO  INC. | 221 US ROUTE 322,WOOLWICH  NJ  08085 |
| 2220302 | PENNY WAN RESIDENCE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 37,283.96 | $ 18,641.98 | PENNY WAN | 1774 INDIAN RUN LANE,MALVERN  PA  19355 |
| 2220418 | PENSKE MOTOR REPLACEMENT | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 5,660.38 | $ 5,660.38 | PENSKE TRUCK LEASING | 2675 MORGANTOWN ROAD,READING  PA  19607 |
| 2220322 | PENSKE CONFERENCE ROOM REPAIR | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 5,283.02 | $ 5,283.02 | PENSKE TRUCK LEASING | 2675 MORGANTOWN ROAD,READING  PA  19607 |
| 2220226 | SAP CEO OFFICE | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 18,369.69 | $ 18,369.69 | PETRETTI & ASSOCIATES | 10 HUDSON YARD ,NEW YORK  NY  10001 |
| 2220329 | PHL-AIRPORT-CIBO RESTAU TERM B | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 3,472.22 | $ 3,472.22 | PHIL. INTERNATIONAL ARIPORT | 8000 ESSINGTON AVE,PHILADELPHIA  PA  19153 |
| 2220309 | EAGLES-LIN FIN FIELD- W CLUB | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 19,437.69 | $ 19,437.69 | PHILADELPHIA EAGLES | ONE LINCOLN FIN FIELD WAY,PHILADELPHIA  PA  19148 |
| 2210812 | MILES MACK | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 2,166.67 | $ 2,166.67 | PHILADELPHIA HOUSING DEVELOP | 732 N 36TH STREET ,PHILADELPHIA  PA  19104 |
| 2220332 | PHIL-JEFF UNIV-ARC BLD-POD LOW | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 8,208.40 | $ 8,208.40 | PHILADELPHIA UNIVERSITY | 4201 HENRY AVE,PHILADELPHIA  PA  19144 |
| 2220330 | PHIL-JEFF UNIV-ARCH BLD-POD-UP | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 8,137.36 | $ 8,137.36 | PHILADELPHIA UNIVERSITY | 4201 HENRY AVE,PHILADELPHIA  PA  19144 |
| 2220407 | PHIL-JEF DEC CEN CLASS 101/102 | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 3,404.63 | $ 3,404.63 | PHILADELPHIA UNIVERSITY | 4201 HENRY AVE,PHILADELPHIA  PA  19144 |
| 2220331 | PHIL-JEFF UNIV ARC BLD ADC LAB | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 2,694.97 | $ 2,694.97 | PHILADELPHIA UNIVERSITY | 4201 HENRY AVE ,PHILADELPHIA  PA  19144 |
| 2150816 | PHILA.UNIVERSITY DOWNS HALL D2 | CONTRACT | RECEIVED | WORK REMAINING | $ 386.00 | $ 386.00 | PHILADELPHIA UNIVERSITY | 4201 HENRY AVENUE,PHILADELPHIA  PA  19144-5497 |
| 2220124 | COMCAST PATIO SHADES | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 12,860.19 | $ 6,430.10 | PROLOGIS LOGISTICS | 1701 JFK BLVD,PHILADELPHIA  PA  19103 |
| 2211201 | LEHIGH U- SCL OF BUS-WT/LUTRON | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 108,822.68 | $ 105,270.79 | QUADRATUS CONSTRUCTION MANAGE | 200 EAST PACKER AVE,BETHLEHEM  PA  18015 |
| 2220326 | THE FRICK-PHASE 2 | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 82,204.36 | $ 82,204.36 | RAUSHMANN | 1 EAST 70TH STREET,NEW YORK  NY  10021 |
| 2180331 | REBEKAH REDDI | CONTRACT | RECEIVED | WORK REMAINING | $ 4,540.92 | $ 940.00 | REBEKAH REDDI RESIDENCE | 727 S. JESSUP STREET,PHILADELPHIA  PA  19147 |
| 2210712 | 35TH & 10TH RESIDENTIAL ASSIST | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 780,711.83 | $ 338,835.36 | RELATED COMPANIES | 451 10TH AVE ,NEW YORK  NY  10001 |
| 2180810 | 515 W 18TH STREET MOCKUP | CONTRACT | RECEIVED | WORK REMAINING | $ 10,000.00 | $ 10,000.00 | RELATED COMPANIES | 515 W 18TH ST,NEW YORK  NY  10011 |
| 2210620 | 451-10TH AVE- POCKET MOCKUP | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 7,897.13 | $ 7,897.13 | RELATED COMPANIES | 35THY & 10TH AVE,NEW YOKR  NY  10001 |
| 2210435 | 555 W. 22ND AMENITIES | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 90,103.33 | $ 4,625.99 | RELATED COMPANIES | 555 W 22ND ST,NEW YORK  NY  10011 |
| 2200716 | 35&10TH RESIDENTIAL MOCK UP | CONTRACT | RECEIVED | WORK REMAINING | $ 1,304.25 | $ 1,304.25 | RELATED COMPANIES | 35TH ST AND 10TH AVE,NEW YORK  NY  10001 |
| 2220100 | JULIANN BERGANO RESIDENCE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 918.48 | $ 918.48 | RELATED COMPANIES | 0,0 |
| 2220118 | CHATHAM ELEMENTARY SCHOOL | CONTRACT | RECEIVED | WORK REMAINING | $ 500.00 | $ 500.00 | S. B. CONRAD INC | 400 ALLSTON ROAD,HAVERFORD  PA  19083 |
| 4220300 | GUGGENHEIM CONFERENCE ROOM | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 19,938.46 | $ 9,969.23 | SAP NYC HUDSON YARDS | 1071 5TH AVE,NEW YORK  NY  10128 |
| 6200300 | CONFERENCE ROOM BARRISOL | CONTRACT | RECEIVED | WORK REMAINING | $ 15,108.26 | $ 15,108.26 | SCHOLES ELECTRIC & COMMS | 1021 CENTENNIAL AVE,PISCATAWAY  NJ  08854 |
| 2210720 | WAWA BEAR | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 1,994.00 | $ 1,994.00 | SCHORN CONSTRUCTION | 1100 PULASKI HIGHWAY,BEAR  DE  19701 |
| 2210621 | FRICK GALLERY-SKYLIGHT | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 470,000.00 | $ 451,500.00 | SCIAME CONSTRUCTION  LLC | 1 E. 70TH ST,NEW YORK  NY  10021 |
| 2211228 | SCIENCE HISTORY INSTITUTE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 2,314.81 | $ 2,314.81 | SCIENCE HISTORY INSTITUTE | 315 CHESTNUT STREET,PHILADELPHIA  PA  19106 |
| 2211213 | LEBANON VAMC BEHAVIORAL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 21,169.81 | $ 21,169.81 | SERVIAM | 1700 SOUTH LINCOLN AVE ,LEBANON  PA  17042 |
| 2201211 | PARCEL-28 MULTIFAMILY HOUSING | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 140,538.32 | $ 135,687.86 | SHAWMUT DESIGN & CONSTRUCTION | 125 CLIFFORD ST,PROVIDENCE  RI  02903 |
| 2220131 | GENESIS VILLAGE PHASE 2 | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 33,031.65 | $ 33,031.65 | SHERUTE  LLC | 200 CABOT DRIVE,HAMILTON  NJ  08691 |
| 2220422 | SHERUTE OFFICE SHADES | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 2,812.66 | $ 2,812.66 | SHERUTE  LLC | 4 BLACK FOREST ROAD,HAMILTON  NJ  08691 |
| 2211225 | GENESIS VILLAGE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 695.90 | $ 695.90 | SHERUTE  LLC | 4 BLACK FOREST ROAD,HAMILTON  NJ  08691 |
| 2190110 | MET MOA-RACK ARM LOUVERS | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 2,921,810.00 | $ 3,500.40 | SKANSKA USA BUILDING INC | 1000 5TH AVE,NEW YORK  NY  10028 |
| 2220424 | 44M ST | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 354,449.06 | $ 354,449.06 | SKANSKA USA BUILDING INC | 44 M ST NE,WASHINGTON  DC  20002 |
| 2210815 | TAMPA MUSEUM OF ART | CONTRACT | RECEIVED | WORK REMAINING | $ 33,891.51 | $ 33,891.51 | SKANSKA USA BUILDING INC. | 120 W Gasparilla Plaza,Tampa  FL  33602 |
| 2210440 | LGA CONCOURSE B - T&M REPAIR | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 14,799.60 | $ 14,799.60 | SKANSKA WALSH JV | RUNWAY DRIVE,QUEENS  NY  11371 |
| 2210205 | ARROWHEAD ELEMENTRY SCHOOL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 41,981.13 | $ 36,248.11 | SKEPTON CONSTRUCTION | 232 LEVEL ROAD ,COLLEGEVILLE  PA  19426 |
| 2200300 | FTS REPAIR T&M | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 2,300.00 | $ 2,300.00 | SOMERSET PROPERTIES INC | 1100 VIRGINIA DRIVE,FORT WASHINGTON  PA  19034 |
| 2220116 | WAWA NAZERETH | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 4,924.53 | $ 4,924.53 | SPEEDWELL CONSTRUCTION  INC. | RT 191 AND JANDY BLVD,LOWER NAZARETH  PA  18064 |
| 2220405 | WAWA FAIRLESS HILLS | CONTRACT | RECEIVED | WORK REMAINING | $ 4,233.96 | $ 4,233.96 | SPEEDWELL CONSTRUCTION  INC. | 500 LINCOLN HIGHWAY,FAIRLESS HILLS  PA  19030 |
| 2210431 | WAWA-MT. POCONO | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 3,758.49 | $ 3,758.49 | SPEEDWELL CONSTRUCTION  INC. | 296 PA ROUTE 940,BLAKESLEE  PA  18610 |
| 2171009 | STEVEN WINTER RESIDENCE | CONTRACT | RECEIVED | WORK REMAINING | $ 5,381.34 | $ 5,381.34 | STEPHEN WINTER RESIDENCE | 200 E. 94TH ST. PENTHOUSE W.,NEW YORK  NY  10128 |
| 2190701 | HUDSON YARDS AWNING | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 132,518.94 | $ 132,518.94 | STEVEN DUBNER | 35 HUDSON YARDS,NEW YORK  NY  19711 |
| 2220311 | CLENE NANOMED @ 900 PRINCIPIO | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 7,000.00 | $ 7,000.00 | STEWART & TATE CONSTRUCTION | 900 PRINCIPIO PARKWAY ,NORTH EAST  MD  21901 |
| 2210908 | BRYN MAWR SCIENCE PHASE 2 | CONTRACT | RECEIVED | WORK REMAINING | $ 9,981.13 | $ 9,981.13 | SULLIVAN CONSTRUCTION | 101 NORTH MERION AVE ,BRYN MAWR  PA  19010 |
| 2220317 | SIG 2ND FLOOR TAXATION | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 15,605.96 | $ 15,605.96 | SUSQUEHANNA INTERNATIONAL GRP | 401 CITY AVE,BALA CYNWYD  PA  19004 |
| 2220316 | SIG-6TH FLOOR MARKETING & MMA | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 12,799.26 | $ 12,799.26 | SUSQUEHANNA INTERNATIONAL GRP | 401 CITY AVE,BALA CYNWYD  PA  19004 |

| JOB | JOB DESCRIPTION | CONTRACT OR LEASE | CONTRACT STATUS | JOB STATUS | CONTRACT AMOUNT | CONTRACT BACKLOG / TERM REMAINING | NAME | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 2220314 | SIG-7TH FLR-BROKERAGE-FAB ONLY | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 6,172.87 | $ 6,172.87 | SUSQUEHANNA INTERNATIONAL GRP | 401 CITY AVE,BALA CYNWYD  PA  19004 |
| 2211114 | UNIVERSAL DISPLAY PHASE 0 | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 19,695.19 | $ 19,695.19 | SWEETWATER CONSTRUCTION | 375 PHILLIPS  BLVD.,EWING  NJ  08512 |
| 2220404 | PHMC GROUND FLOOR | CONTRACT | RECEIVED | WORK REMAINING | $ 18,800.00 | $ 18,800.00 | T.N. WARD COMPANY | 4601 MARKET STREET,PHILADELPHIA  PA  19139 |
| 2210916 | VIRTUA-WASHINGTON TWP- RESTACK | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 30,922.39 | $ 15,121.22 | TARGET BUILDING CONSTRUCTION | 239 HURFVILLE- CROSS KEYS ROAD,SEWELL  NJ  08012 |
| 2210226 | NIX FEDERAL BUILDING | CONTRACT | RECEIVED | WORK REMAINING | $ 9,461.05 | $ 8,257.35 | THE BEDWELL COMPANY | 900 MARKET ST,PHILADELPHIA  PA  19107 |
| 2210816 | 3720 COMPONENTS | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 1,800.00 | $ 1,800.00 | THE CHESTNUT | 3720 CHESTNUT STREET,PHILADELPHIA  PA  19104 |
| 2211112 | CUHC-CHAMBERS AVE BEHAVIORAL | CONTRACT | RECEIVED | WORK REMAINING | $ 5,200.00 | $ 4,020.00 | TORCON  INC | 400-02 CHAMBERS AVE,CAMDEN  NJ  08103 |
| 2170309 | BMS POCKET REPAR | CONTRACT | RECEIVED | WORK REMAINING | $ 2,700.00 | $ 2,700.00 | TORCON  INC | 3401 PRINCETON PIKE,LAWRENCEVILLE  NJ  08648 |
| 2220125 | NAXION | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 8,314.81 | $ 8,314.81 | TORINO INCORPORATED | 1835 MARKET STREET,PHILADELPHIA  PA  19103 |
| 2220113 | HNTB | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 5,348.15 | $ 4,383.34 | TORINO INCORPORATED | 1650 ARCH STREET,PHILADELPHIA  PA  19103 |
| 2170938 | EQUISOFT AT 1835 MARKET | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 2,584.00 | $ 2,584.00 | TORINO INCORPORATED | 1835 MARKET STREET,PHILADELPHIA  PA  19103 |
| 2150916 | UNIVERSITY OF PA REPAIRS15-16' | CONTRACT | RECEIVED | WORK REMAINING | $ 4,500.00 | $ 647.50 | UNIVERSITY OF PENNSYLVANIA | 3730 WALNUT STREET,PHILADELPHIA  PA  19104-6340 |
| 2220412 | UPENN WHART-JHH-FULL REP-CLASS | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 202,424.67 | $ 202,424.67 | UPENN - THE WHARTON SCHOOL | 3720 WALNUT STREET ,PHILADELPHIA  PA  19104 |
| 2211014 | UPENN-WHARTON- SERV PROPOSAL | CONTRACT | PURCHASE ORDER | WORK REMAINING | $ 10,416.67 | $ 7,638.89 | UPENN - THE WHARTON SCHOOL | 3730 WALNUT STREET ,PHILADELPHIA  PA  19104 |
| 2211204 | DHSS HEALTH | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 5,340.00 | $ 5,340.00 | VENTRESCA BROTHERS | 100 SUNNYSIDE ROAD,SMYRNA  DE  19977 |
| 2210509 | 550 WASHINGTON ST- LABOR | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 275,307.46 | $ 17,645.01 | W & W GLASS | 550 WASHINGTON ST,NEW YORK  NY  10014 |
| 2210906 | WILLIAMAMSON TRADE SAC | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 25,984.00 | $ 24,684.00 | W.S. CUMBY & SON | 106 S. NEW MIDDLETOWN ROAD,MEDIA  PA  19063 |
| 2211220 | OCEAN CITY TABERNACLE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 13,220.00 | $ 13,220.00 | W.S. CUMBY & SON | 550 WESLEY AVE ,OCEAN CITY  NJ  08226 |
| 2210715 | EPISCOPAL GATEHOUSE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 81,003.18 | $ 3,248.46 | W.S. CUMBY & SON | 1785 BISHOP WHITE DRIVE,NEWTOWN SQUARE  PA  19073 |
| 2210511 | WACKER CHEMICAL-OFFICE | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 2,584.90 | $ 515.09 | WACKER CHEMICAL CORP | 6870 TILGMAN ST,ALLENTOWN  PA  18106 |
| 2170945 | W. PHARMA 3A-100 & 3A-102 | CONTRACT | RECEIVED | WORK REMAINING | $ 489.00 | $ 489.00 | WEST PHARMACEUTICAL | 530 HERMAN O. WEST DRIVE,EXTON  PA  19341 |
| 2220208 | THE MATHER AT TYSON | CONTRACT | PARTIALLY EXECUTED | WORK REMAINING | $ 2,861,567.92 | $ 2,861,567.92 | WHITING TURNER CONTRACTING | 729 WESTPARK DRIVE ,TYSONS  VA  22102 |
| 2220108 | HARRISBURG HEALTH SCIENCES | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 67,938.00 | $ 64,542.00 | WHITING TURNER CONTRACTING | 222 CHESTNUT ST,HARRISBURG  PA  17101 |
| 2220325 | BEEBE REHOBOTH- WALK-IN CLINIC | CONTRACT | NOTICE TO PROCCED | WORK REMAINING | $ 12,820.00 | $ 12,820.00 | WHITING TURNER CONTRACTING | 19161 HEALTHY WAY,REHOBOTH BEACH  DE  19971 |
| 2210503 | SCIENCE BLDG-BRYN MAWR PARK | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 14,650.94 | $ 7,188.68 | WOLFE SCOTT BUILDERS | 101 N. MERION AVE,BRYN MAWR  PA  19010 |
| 2210614 | SAINT JAMES-PHASE 1 | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 6,481.48 | $ 6,481.48 | WOLFE SCOTT BUILDERS | 3217 W CLEARFIELD ST,PHILADELPHIA  PA  19132 |
| 2201202 | FRENCH INTERNATIONAL SCHOOL | CONTRACT | FULLY EXECUTED | WORK REMAINING | $ 21,392.45 | $ 5,476.41 | WOLFE SCOTT BUILDERS | 150 NORTH HIGHLAND AVE,BALA CYNWYD  PA  19004 |

**Fill in this information to identify the case:**

Debtor name   **Kay & Sons LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ <br> Street <br> _____ <br> City      State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street <br> _____ <br> City      State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street <br> _____ <br> City      State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> City      State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name      **Kay & Sons LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)      _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*........................................................................................      $ _____ **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.....................................................................................      $ _____ **2,995,033.95**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.......................................................................................      $ _____ **2,995,033.95**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................      $ _____ **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................      $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................      +$ _____ **7,348,355.47**

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b      $ _____ **7,348,355.47**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Kay & Sons LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF PENNSYLVANIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/22/2022___    X _____
                                    Signature of individual signing on behalf of debtor

**Edward Welsh III**
Printed name

**Member**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **Kay & Sons LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,384,946.75** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$7,547,101.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$9,000,544.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Kay & Sons LLC**                                                           Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Lutron Electronics**<br>**3477 Corporate Parkway**<br>**Center Valley, PA 18034** | **5/16/22** | **$137,023.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Draper**<br>**411 S. Pearl Street**<br>**P.O. Box 425**<br>**Spiceland, IN 47385** | **5/16/22** | **$62,614.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Window Tex**<br>**12830 Virkler Drive**<br>**Charlotte, NC 28273** | **5/16/22** | **$56,541.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Grassi & Co.**<br>**50 Jericho Quadrangle**<br>**Jericho, NY 11753** | **5/16/22** | **$14,076.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **USI Insurance Services LLC**<br>**P.O. Box 61007**<br>**Virginia Beach, VA 23466** | **5/16/22** | **$9,515.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **2550 Norristown Realty**<br>**504 Middlesex Drive**<br>**Moorestown, NJ 08057** | **5/16/22** | **$8,788.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.7. | **Katherine Koffer**<br>**2100 Hamilton street**<br>**Philadelphia, PA 19130** | **5/24/2022** | **$42,399.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.8. | **Sunair Awnings**<br>**7785 Old Jessup Rd. #201**<br>**Jessup, MD 20794** | **4/28/22** | **$28,195.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Kay & Sons LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Legrand Shading**<br>**55 Hymus Road**<br>**Scarborough**<br>**Ontario, Canada M1L 2C6** | **4/28/22** | **$16,351.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.<br>· **Legrand Shading**<br>**55 Hymus Road**<br>**Scarborough**<br>**Ontario, Canada M1L 2C6** | **4/22/22** | **$17,871.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.<br>· **Draper**<br>**411 S. Pearl Street**<br>**P.O. Box 425**<br>**Spiceland, IN 47385** | **4/22/22** | **$12,407.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.<br>· **Royal Windows Co. Inc.**<br>**U.S. Window & Floor Co. Inc.**<br>**606 Fountain Parkway**<br>**Grand Prairie, TX 75050** | **4/22/22** | **$9,746.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.<br>· **Indecs**<br>**P.O. Box 506**<br>**Rutherford, NJ 07070** | **4/11/22** | **$11,092.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14.<br>· **Grassi & Co.**<br>**50 Jericho Quadrangle**<br>**Jericho, NY 11753** | **4/8/22** | **$19,477.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15.<br>· **USI Insurance Services LLC**<br>**P.O. Box 61007**<br>**Virginia Beach, VA 23466** | **4/1/22** | **$9,515.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16.<br>· **Indecs**<br>**P.O. Box 506**<br>**Rutherford, NJ 07070** | **3/30/22** | **$9,767.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Kay & Sons LLC**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **Lutron Electronics** 2929 Arch Street Center Valley, PA 18034 | **3/25/22** | **$26,294.32** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **Indecs** P.O. Box 506 Rutherford, NJ 07070 | **3/23/22** | **$15,428.87** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.19. **2550 Norristown Realty Venture LLC** 504 Middlesex Drive Moorestown, NJ 08057 | **3/25/22** | **$7,414.26** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.20. **Advanced Business Equipment** PO Box 77096 Minneapolis, MN 55480-7796 | **3/25/22** | **$72.40** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. **Eastern Lift Truck Co** PO Box 307 Maple Shade, NJ 08052 | **3/25/22** | **$358.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.22. **Emque** 1025 Old Country Rd Ste. 301 Westbury, NY 11590 | **3/25/22** | **$1,260.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.23. **Ford Credit** Box 220564 Pittsburgh, PA 15257-2564 | **3/25/22** | **$0.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. **Frank B. Clayton's Sons Inc.** 3750 N. 5th St Philadelphia, PA 19140 | **3/25/22** | **$432.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor   **Kay & Sons LLC**                                           Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.25. **Home Depot Credit Services**<br>DEPT 32-2645110325<br>PO Box 70293<br>Philadelphia, PA 19176-0293 | 3/25/22 | $174.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Hunter Douglas Architectural**<br>File 749333<br>Los Angeles, CA 90074-9333 | 3/25/22 | $985.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Imperial Privacy Systems LLC**<br>PO Box 578<br>Pompano Beach, FL 33061 | 3/25/22 | $4,858.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **J.W. Carrigan, LLC**<br>705 General Washington Ave<br>Ste. 100<br>Norristown, PA 19403 | 3/25/22 | $3,026.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. **Legrand Shading & Controls Ltd.**<br>2114 Airport Blvd<br>Ste 1275<br>Pensacola, FL 32504 | 3/25/22 | $1,782.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Napco Copy Graphics Center**<br>PO Box 234<br>Lyndhurst, NJ 07071 | 3/25/22 | $361.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. **NYSIF Disability Benefits**<br>PO Box 5239<br>New York, NY 10008-5239 | 3/25/22 | $328.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.32. **Pitney Bowes Global Financial**<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | 3/25/22 | $247.99 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Kay & Sons LLC**                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.33<br>· | **Pitney Bowes Inc.**<br>**PO Box 371896**<br>**Pittsburgh, PA 15250-7896** | 3/25/22 | $104.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34<br>· | **Rose Brand**<br>**PO Box 1536**<br>**Secaucus, NJ 07096-1536** | 3/25/22 | $1,505.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35<br>· | **Spencer's Auto Inc.**<br>**30 N. Montgomery Ave**<br>**Norristown, PA 19403** | 3/25/22 | $214.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.36<br>· | **T.P. Trailers**<br>**703 W. Ridge Pike**<br>**Limerick, PA 19468** | 3/25/22 | $100.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37<br>· | **Uline Shipping Supply**<br>**Special Accts Receivable**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | 3/25/22 | $90.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38<br>· | **United Rentals**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** | 3/25/22 | $1,047.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39<br>· | **Willis of New Jersey Inc.**<br>**PO Box 416305**<br>**Boston, MA 02241-6315** | 3/25/22 | $641.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40<br>· | **Window Tex**<br>**12830 Virkler Drive #500**<br>**Charlotte, NC 28273** | 3/25/22 | $5,257.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor **Kay & Sons LLC**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.41. | **City of Dover**<br>**Department of Inspections**<br>**PO Box 475**<br>**Dover, DE 19903** | **3/31/22** | **$125.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.42. | **Slalom Srl Unipersonale**<br>**Via Emesto Rossi**<br>**69 Arcore (MB)**<br>**Brinklow, MD 20862** | **3/31/22** | **$4,896.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. | **Barrisol**<br>**23940 Mile Road**<br>**Cleveland, OH 44128** | **4/1/22** | **$86.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. | **Draper**<br>**411 S. Pearl Street**<br>**P.O. Box 425**<br>**Spiceland, IN 47385** | **4/1/22** | **$5,060.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. | **Fraser Advanced Info System**<br>**320 Penn Avenue**<br>**Reading, PA 19611** | **4/1/22** | **$251.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. | **HKA Global Inc.**<br>**One Commerce Square**<br>**2005 Market Street, Ste 820**<br>**Philadelphia, PA 19103** | **4/1/22** | **$21,320.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.47. | **Hunter Douglas Architectural**<br>**File 749333**<br>**Los Angeles, CA 90074-9333** | **4/1/22** | **$15.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. | **Imperial Privacy Systems LLC**<br>**PO Box 578**<br>**Pompano Beach, FL 33061** | **4/1/22** | **$1,253.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Kay & Sons LLC**                                                                 Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.49 **Legrand Shading and Controls Ltd**<br>**2114 Airport Blvd, Ste 1275**<br>**Pensacola, FL 32504** | 4/1/22 | $5,858.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50 **Lutron Electronics Co. Inc.**<br>**PO Box 643782**<br>**Pittsburgh, PA 15264-3782** | 4/1/22 | $18,113.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51 **M.A.D. Exterminators, Inc.**<br>**78 S. Trooper Rd**<br>**Norristown, PA 19403** | 4/1/22 | $37.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52 **Maharam**<br>**74 Horseblock Rd**<br>**Yaphank, NY 11980** | 4/1/22 | $588.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53 **Window Tex**<br>**12830 Virkler Drive #500**<br>**Charlotte, NC 28273** | 4/1/22 | $7,216.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54 **2550 Norristown Realty Venture, LLC**<br>**504 Middlesex Drive**<br>**Moorestown, NJ 08057** | 4/8/22 | $17,359.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.55 **Advanced Business Equipment**<br>**PO Box 77096**<br>**Minneapolis, MN 55480-7796** | 4/8/22 | $1,223.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56 **Draper**<br>**411 S. Pearl Street**<br>**P.O. Box 425**<br>**Spiceland, IN 47385** | 4/8/22 | $16,396.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Kay & Sons LLC**                                            Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.57. **Emque**<br>**1025 Old Country Rd, Ste 301**<br>**Westbury, NY 11590** | **4/8/22** | **$1,260.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.58. **Imperial Privacy Systems LLC**<br>**PO Box 578**<br>**Pompano Beach, FL 33061** | **4/8/22** | **$202.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59. **J.W. Carrigan LLC**<br>**705 General Washington Ave, Ste 100**<br>**Norristown, PA 19403** | **4/8/22** | **$3,715.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.60. **Kilpatrick Townsend & Stockton**<br>**PO Box 945614**<br>**Atlanta, GA 30394** | **4/8/22** | **$35,388.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.61. **Legrand Shading and Controls Ltd**<br>**2114 Airport Blvd, Ste 1275**<br>**Pensacola, FL 32504** | **4/8/22** | **$5,296.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62. **Lutron Electronics Co. Inc.**<br>**PO Box 643782**<br>**Pittsburgh, PA 15264-3782** | **4/8/22** | **$17,409.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63. **Napco Copy Graphics Center**<br>**PO Box 234**<br>**Lyndhurst, NJ 07071** | **4/8/22** | **$454.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64. **PECO Energy**<br>**PO Box 37629**<br>**Philadelphia, PA 19101** | **4/8/22** | **$313.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Kay & Sons LLC**                                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.65. **Small Grapes**<br>**11 Oxford Circle**<br>**Norristown, PA 19403** | 4/8/22 | $498.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.66. **Window Tex**<br>**12380 Virkler Drive #500**<br>**Charlotte, NC 28273** | 4/8/22 | $16,352.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67. **Worldwide Window Fashions**<br>**PO BOx 46945**<br>**Philadelphia, PA 19160** | 4/8/22 | $1,387.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.68. **City of Dover**<br>**Department of Inspections**<br>**PO Box 475**<br>**Dover, DE 19903-0475** | 4/19/22 | $225.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.69. **Window Tex**<br>**12830 Virkler Drive #500**<br>**Charlotte, NC 28273** | 4/19/22 | $10,365.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.70. **New York Use Tax Payable**<br>**Sales Tax Desk Audit**<br>**W A Harriman Campus**<br>**Albany, NY 12227** | 4/21/22 | $793.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.71. **A&H Trucking**<br>**72 Post Blvd.**<br>**Carteret, NJ 07008** | 4/22/22 | $1,850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.72. **Barrisol USA**<br>**23940 Miles Rd**<br>**Cleveland, OH 44128** | 4/22/22 | $73.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Kay & Sons LLC**                                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.73. **Ford Credit**<br>Box 220564<br>Pittsburgh, PA 15257-2564 | 4/22/22 | $1,224.49 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.74. **Fraser Advanced Info System**<br>320 Penn Avenue<br>Reading, PA 19611 | 4/22/22 | $792.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75. **Grainger**<br>Dept 862715042<br>Palatine, IL 60038-0001 | 4/22/22 | $200.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76. **Home Depot Credit Services**<br>Dept 32-2645110325<br>PO Box 70293<br>Philadelphia, PA 19176-0293 | 4/22/22 | $76.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77. **Hunter Douglas Architectural**<br>File 749333<br>Los Angeles, CA 90074-9333 | 4/22/22 | $383.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.78. **Incorp Services Inc.**<br>PO Box 94438<br>Las Vegas, NV 89193-4438 | 4/22/22 | $129.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.79. **Levolor Commercial**<br>PO Box 848630<br>Dallas, TX 75284 | 4/22/22 | $386.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80. **M.A.D. Exterminators Inc.**<br>78 S. Trooper Rd<br>Norristown, PA 19403 | 4/22/22 | $249.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Kay & Sons LLC**                                                        Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.81. | **Pro Fast Inc.**<br>**PO Box 156**<br>**Essington, PA 19029-0156** | **4/22/22** | **$120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.82. | **T.P. Trailers**<br>**703 W. Ridge Pike**<br>**Limerick, PA 19468** | **4/22/22** | **$100.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.83. | **United Rentals**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** | **4/22/22** | **$571.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.84. | **Virginia Dept of Taxation**<br>**PO Box 1777**<br>**Richmond, VA 23218-1777** | **4/22/22** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.85. | **Willis of New Jersey Inc.**<br>**PO BOx 416315**<br>**Boston, MA 02241-6315** | **4/22/22** | **$100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.86. | **Window Tex**<br>**12830 Virkler Drive #500**<br>**Charlotte, NC 28273** | **4/22/22** | **$6,843.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.87. | **Advanced Business Equipment**<br>**PO Box 77096**<br>**Minneapolis, MN 55480-7796** | **4/28/22** | **$576.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.88. | **Draper**<br>**411 S. Pearl Street**<br>**P.O. Box 425**<br>**Spiceland, IN 47385** | **4/28/22** | **$333.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Kay & Sons LLC**                                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.89. | **Lutron Electronics**<br>**PO Box 643782**<br>**Pittsburgh, PA 15264-3782** | **4/28/22** | **$1,735.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.90. | **United Rentals**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** | **4/28/22** | **$631.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.91. | **Window Tex**<br>**12830 Virkler Drive #500**<br>**Charlotte, NC 28273** | **4/28/22** | **$6,070.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.92. | **Indecs**<br>**P.O. Box 506**<br>**Rutherford, NJ 07070** | **4/30/22** | **$1,659.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.93. | **Slalom Srl Unipersonale**<br>**Via Emesto Rossie**<br>**69 Arcore (MB)**<br>**Brinklow, MD 20862** | **4/30/22** | **$1,487.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.94. | **Royal Windows Co Inc.**<br>**U.S. Window and Floor Co. Inc.**<br>**606 Fountain Parkway**<br>**Grand Prairie, TX 75050** | **5/10/22** | **$967.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.95. | **Indecs**<br>**P.O. Box 506**<br>**Rutherford, NJ 07070** | **5/11/22** | **$1,228.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.96. | **Advanced Business Equipment**<br>**PO Box 77096**<br>**Minneapolis, MN 55480-7796** | **5/16/22** | **$491.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Kay & Sons LLC**                                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.97. **Embedia Sales Corporation**<br>**27-112 Freeport Cres NE**<br>**Calgary, AB T3J 0S9**<br>**Calgary, AB** | 5/16/22 | $3,328.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.98. **Emque**<br>**1025 Old Country Rd, Ste 301**<br>**Westbury, NY 11590** | 5/16/22 | $660.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.99. **Ford Credit**<br>**Box 220564**<br>**Pittsburgh, PA 15257-2564** | 5/16/22 | $1,224.49 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.100. **Hunter Douglas Architectural**<br>**File 749333**<br>**Los Angeles, CA 90074-9333** | 5/16/22 | $2,228.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.101. **Imperial Privacy Systems LLC**<br>**PO Box 578**<br>**Pompano Beach, FL 33061** | 5/16/22 | $605.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.102. **J.W. Carrigan LLC**<br>**705 General Washington Ave, Ste 100**<br>**Norristown, PA 19403** | 5/16/22 | $3,225.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.103. **Kushner Draper Mfg LLC**<br>**5305 Route 70**<br>**Pennsauken, NJ 08109** | 5/16/22 | $3,110.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.104. **Maharam**<br>**74 Horseblock Rd**<br>**Yaphank, NY 11980** | 5/16/22 | $6,770.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Kay & Sons LLC**                                        Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10<br>5. | **Napco Copy Graphics Center**<br>**PO Box 234**<br>**Lyndhurst, NJ 07071** | **5/16/22** | **$356.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>6. | **PECO Energy**<br>**PO Box 37629**<br>**Philadelphia, PA 19101** | **5/16/22** | **$687.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10<br>7. | **Pro Fast Inc.**<br>**PO Box 156**<br>**Essington, PA 19029-0156** | **5/16/22** | **$247.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>8. | **SDA Lighting & Controls**<br>**31039 Hunters Point Ave**<br>**Long Island City, NY 11101** | **5/16/22** | **$300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>9. | **Skyco Shading Systems Inc.**<br>**3411 W. Fordham Ave**<br>**Santa Ana, CA 92704** | **5/16/22** | **$827.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>0. | **Spencer's Auto Inc.**<br>**30 N. Montgomery Ave**<br>**Jerffersonville, PA 19403** | **5/16/22** | **$110.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11<br>1. | **Steven M. Grazioli**<br>**2944 Estancia**<br>**San Clemente, CA 92673** | **5/16/22** | **$150.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11<br>2. | **Sunair Awnings & Solar Screens**<br>**PO Box 1068**<br>**Jessup, MD 20794** | **5/16/22** | **$5,416.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Kay & Sons LLC**                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.11<br>3.    **T.P. Trailers**<br>**703 W. Ridge Pike**<br>**Limerick, PA 19468** | **5/16/22** | **$100.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>4.    **United Rentals**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** | **5/16/22** | **$1,185.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>5.    **Small Grapes**<br>**11 Oxford Circle**<br>**Norristown, PA 19403** | **5/17/22** | **$767.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>6.    **McElroy Deutsch Mulvaney &**<br>**Carpenter, LL**<br>**1617 JFK Blvd., Suite 1500**<br>**Philadelphia, PA 19103** | **5/23/22** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11<br>7.    **Indecs**<br>**PO Box 506**<br>**Rutherford, NJ 07070-0506** | **5/24/22** | **$603.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11<br>8.    **Indecs**<br>**P.O. Box 506**<br>**Rutherford, NJ 07070** | **5/31/22** | **$97.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11<br>9.    **Small Grapes**<br>**11 Oxford Circle**<br>**Norristown, PA 19403** | **6/14/22** | **$767.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>0.    **Ford Credit**<br>**Box 220564**<br>**Pittsburgh, PA 15257-2564** | **6/14/22** | **$1,235.75** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Kay & Sons LLC**

Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.12 1. | **New York Use Tax Payable Sales Tax Desk Audit W A Harriman Campus Albany, NY 12227** | **6/15/22** | **$183.81** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.12 2. | **McElroy Deutsch Mulvaney & Carpenter, LL 1617 JFK Blvd. Suite 1500 Philadelphia, PA 19103** | **6/15/22** | **$25,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.12 3. | **Holder Construction Group, LLC 3300 Riverwood Pkwy SE Ste 1200 Atlanta, GA 30339** | **6/20/22** | **$276,548.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **17**

Debtor    **Kay & Sons LLC**                                                          Case number *(if known)*  _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Kay v. Mecho**<br>**01-19-0002-1035** | **Breach of Contract, Warranty** | **AAA Arbitration** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **McElroy Deutsch Mulvaney & Carpenter, LL**<br>**1617 JFK Blvd., Suite 1500**<br>**Philadelphia, PA 19103** | | **5/23/22** | **$20,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

Debtor    **Kay & Sons LLC**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **McElroy Deutsch Mulvaney & Carpenter, LL** **1617 JFK Blvd.** **Suite 1500** **Philadelphia, PA 19103** | | **6/15/22** | **$25,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | **52 Buttonwood Street** **Norristown, PA 19401** | | **January 2009 - December 2020** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Kay & Sons LLC**                                           Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **Extra Space Storage 101 Paterson Plank Road Secaucus, NJ 07094** | **Installer** | **Installer personal tools** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | Kay & Sons LLC | Case number *(if known)* | |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | J.W. Carrigan, LLC<br>705 General Washington Ave., Ste. 100<br>Norristown, PA 19403 | Electrical Contractor | EIN:<br><br>From-To |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Alex Kang, Controller<br>Kay & Sons LLC<br>2550 Boulevard of the Generals<br>Suite 320<br>Norristown, PA 19403 | March 16, 2015 -<br>Present |

Debtor    **Kay & Sons LLC**                                                         Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.2. **Sean Proitsky, Project Accountant**<br>**c/o Kay & Sons LLC**<br>**2550 Boulevard of the Generals**<br>**Ste 320**<br>**Norristown, PA 19403** | **March 9, 2015 -**<br>**October 1, 2021** |
| 26a.3. **Robert Tyan, Accountant**<br>**Kay & Sons LLC**<br>**2550 Boulevard of the Generals**<br>**Suite 320**<br>**Norristown, PA 19403** | **November 15, 2021 -**<br>**Present** |
| 26a.4. **Atik Vahora, Accountant**<br>**c/o Kay & Sons LLC**<br>**2550 Boulevard of the Generals**<br>**Ste. 320**<br>**Norristown, PA 19403** | **April 1, 2019 - July**<br>**12, 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Grassi & Co.**<br>**50 Jericho Quadrangle**<br>**Jericho, NY 11753** | **2016-2022** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Travelers Casualty &  Surety Co.**<br>**343 Thornall Street, 5th Floor**<br>**Edison, NJ 08837** | **2009-2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Grassi & Co.**<br>**50 Jericho Quadrangle**<br>**Jericho, NY 11753** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Travelers Casualty & Surety Co.**<br>**343 Thornall St., 5th Floor**<br>**Edison, NJ 08837** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Debtor | Kay & Sons LLC | | Case number *(if known)* |
|---|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Edward Welsh | 1464 W Front Street Lincroft, NJ 07738 | Member | 20 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jennifer Emery | 1464 W Front Street Lincroft, NJ 07738 | Member | 55 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christine Battenfield | 14261 Mango Drive Del Mar, CA 92014 | Member | 25 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Carpenters Benefit Funds of Philadelphia | EIN:    23-1613018 |
| NYCDCC Benefit Funds | EIN:    13-5615576 |
| Nrotheast Carpenters Funds | EIN:    22-6032181 |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Kay & Sons LLC**                                      Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/22/2022

_____                    **Edward Welsh III**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re    **Kay & Sons LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: ___06/22/2022___

_____
**Edward Welsh III/Member**
Signer/Title

1845 Walnut Street Assoc.
1845 Walnut Street
Philadelphia, PA  19103


2550 Norristown Realty
504 Middlesex Drive
Moorestown, NJ 08057


A & E Construction
400 Guthrie Road
King of Prussia, PA  19087


A & E Construction
2255 Computer Ave.
Willow Grove, PA  19090


A & E Construction
242 Lincoln Highway
Langhorne, PA 19047


A & E Construction
102 Park Ave.
Willow Grove, PA 19090


A & E Construction
152 Garret Road
Upper Darby, PA 19082


A&E Construction
5000 Summerdale Avenue
Philadelphia, PA 19124


A&E Construction
1014 Route 9
Old Bridge, NJ  08857


A&E Construction
509 Centennial Blvd.
Vorhees, NJ  08043


A&E Construction
1000 Constitution Ave.
Upper Darby, PA  19082

A-1 Construction Specialty Inc.
2160 Noll Drive
Lancaster, PA 17603


A-1 Construction Specialty Inc.
1600 East High Street
Pottstown, PA 19464


Abco Facility Maintenance
20 Goldsborough Drive
Bayonne, NJ  07002


ABM Facility Services
130 Morehall Road
Malvern, PA 19355


ACME Drapmaster of America, Inc.
125 Clearview Road
Edison, NJ 08837


Adams Bickel Associates
112 West Delaware Ave
Pennington, NJ 08534


Adaptimmune New Shades
351 Rouse Blvd.
Philadelphia, PA  19112


Aecom Tishman
1 Castle Point
Hoboken, NJ 07030


Aecom Tishman
Pfizer-500 Arcola Road
Collegeville, PA 19426


Aireko Abroad LLC
3201 North 5Th Street
Philadelphia, PA 19140


Aliano Brothers
9508  2nd Ave
Stone Harbor, NJ 08247


Aliano Brothers
575 South Fox Run Road

Deptford, NJ 08096


Aliano Brothers
282 Conrow Road
Delran, NJ 08075


American College Of Physicians
190 N Indepenence Mall W, 9Th Flr
Philadelphia, PA 19106


Americon Hitt
1351 Tolland Turnpike
Manchester, CT  06041


Americon Hitt
400 Park Avenue
New York, NY  10022


Aramark Services Inc.
320 South Broad Street
Philadelphia, PA 19102


Arthur Funk & Sons Inc.
1250 Marshall Ave.
Lancaster, PA 17601


Arthur J Ogren Inc.
890 Bankbridge Road
Deptford, NJ 08096


Arthur J Ogren Inc.
201 Mullica Hill Road
Glasboro, NJ 08028


Arthur J Ogren Inc.
880 Harding Highway
Buena, NJ 08343


Arthur J Ogren Inc.
210 Buck Street
Millville, NJ 08332


Arthur J Ogren Inc.
5100 Black Horse Pike
Mays Landing, NJ 08330

Arthur J Ogren Inc.
200 North Broadway
Camden, NJ 08102


Arthur J Ogren Inc.
West College Drive
Sewell,  NJ 08080


Arthur J Ogren Inc.
125 Weymouth Road
Buena, NJ 08310


Arthur J Ogren Inc.
3088 Dune Drive
Avalon, NJ 08202


Arthur J Ogren Inc.
1400 Tanyard Road
Sewell, NJ 08080


Arthur J Ogren Inc.
200 College Dr.
Blackwood, NJ  08012


Arthur J Ogren Inc.
3809 U.S. 9
Rio Grande, NJ  08857


Arthur J Ogren Inc.
131 Johnson Road
Turnersville, NJ  08012


At Construction Inc.
475 Allendale Road
King Of Prussia, PA 19406


At Construction Inc.
260 West Baltimore Pike
Media, PA 19063


Atlantic Aviation
8375 Enterprise Ave.
Philadelphia, PA  19153

Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044-0683


B&G Electrical Contractors
550 Washington St.
New York, NY 10014


Bancroft Construction Co.
1001 Longwood Road
Kennett Square, PA 19348


Bancroft Construction Co.
401 A Street
Wilmington, DE 19801


Barrisol
23940 Mile Road
Cleveland, OH  44128


Bart Halpern
1155 Manhattan Avenue
Brooklyn, NY  11222


Bathon Builders
150 E. Water St.
Dover, DE 19901


Battenfield, Christine
14261 Mango Drive
Del Mar, CA  92014


Ben Franklin Techventures
116 Research Drive, Plaza Level
Bethlehem, PA  18015


Berks Construction Group
2201-35 Cottman Ave.
Philadelphia, PA  19149


Berks Heim
1011 Berks Road

Leesport, PA  19533


Bittenbender Construction
4601 Market Street
Philadelphia, PA 19139


Bittenbender Construction
732 N. 36th St.
Philadelphia, PA  19104


Bittenbender Construction
1701 JFK Blvd., 54Th Flr Terrace
Philadelphia, PA 19103


Bittenbender Construction
6814 Tilton Road
Egg Harbor, NJ  08234


Bittenbender Construction
118 E. Liberty St.
Harrington, DE  19952


Bittenbender Construction
1101 Route 47
Millville, NJ  08332


Blue Rock Construction
20 Martha Drive
Bethal, PA 17067


Boiron USA
4 Campus Blvd.
Newtown Square, PA  19073


Boro Construction
456 Crossfield Road
King Of Prussia, PA 19406


Boro Construction
555 Red Lion Road
Huntingdon Valley, PA 19006


Boyle Construction, Inc.
1259 South Cedar Crest Blvd.
Allentown, PA  18103

Boyle Construction, Inc.
7201 Hamilton Blvd.
Allentown, PA  18106


BPGS Construction L.L.C.
600 South Walnut Street
Wilmington, DE 19801


BPGS Construction L.L.C.
1007 Market St.
Wilmington, DE 19801


Brandywine Cira L.P.
2929 Arch Street
Philadelphia, PA 19104


Brandywine Contractors Inc
4641 Weldin Road
Wilmington, DE 19803


Brandywine Contractors Inc.
500 Krisko Circle
Dover, DE  19901


Brandywine Contractors Inc.
200 E. Cochran St.
Middletown, DE  19709


Brandywine Realty Trust
899 Cassatt Road
Berwyn, PA 19312


Bridge Commercial Real Estate
575 East Swedesford Road
Wayne, PA  19087


Bridge Commercial Real Estate
101 Lindenwood Drive
Malvern, PA  19355


Bristol-Myers Squibb
3551 Lawrenceville Rd.
Princeton, NJ  08540


BSS Contractors

650 S. Wawaset Road
West Chester, PA 19380

BSS Contractors
540 East Union Street
West Chester, PA 19382

Buccini Pollin Group Inc.
517 Shipley Rd.
Wilmington, DE 19801

Buccini Pollin Group Inc.
1000 N. West St.
Wilmington, DE 19801

Buccini Pollin Group Inc.
10th & Market Streets
Wilmington, DE 19801

Builder Guru Contracting
105 Coulter Ave.
Ardmore, PA 19003

BWM Construction LLC
2201 Chapel Ave West
Cherry Hill, NJ 08002

C. Erickson & Sons Inc.
3222-58 H Street
Philadelphia, PA 19134

C. Raymond Davis & Sons Inc.
250 Meetinghouse Rd.
Horsham, PA  19044

Catalyst Commercial Devt.
510 E. Township Line Rd., 2nd Fl.
Blue Bell, PA  19462

CBG Customs Brands Group
111  N. Apollo Road
Salt Lake City, UY  84116-3768

CBRE-Property Management

4747 S Broad St., Suite 120
Philadelphia, PA 19112


CFI
7001 North Park Drive
Pennsauken, NJ 08109


Chase Bank
186 Wood Avenue S, Fl. 2
Iselin, NJ 08830


Clemens Construction
12th and Sansom
Philadelphia, PA 19102


Cohen, Tania
3720 Chestnut, Unit 2801
Philadelphia, PA  19104


Comcast Center
1701 JFK Blvd.
Philadelphia, PA 19103


Comcast Technology Center
1800 Arch St.
Philadelphia, PA 19104


Convene
75 Rockefeeller Plaza
New York, NY 10019


Cozen O'Connor
1650 Market Street
Philadelphia, PA  19103


D & B Construction
2 Industrial Blvd.
Paoli, PA  19301


D&B Elite
595 W. State St., 2nd Fl.
Doylestown, PA  18907


D. Fickler Construction LLC
82 E. Lancaster Ave., Ste. A-4
Paoli, PA  19301

D. Fickler Construction LLC
3475 West Chester Pike
Newtown Square, PA  19073


D. Fickler Construction LLC
16 General Warren Blvd.
Malvern, PA  19355


D. Fickler Construction LLC
891 East Baltimore Pike
Kennett Square, PA 19348


D. Fickler Construction LLC
1100 Quintilio Drive
Bear, DE 19701


D. Fickler Construction LLC
44 W. Market St.
Wilmington, DE 19801


D. Fickler Construction LLC
1100 East Hector St., Ste. W02
Conshocken, PA  19428


D. Fickler Construction LLC
300 Willowbrock
West Chester, PA  19382


Dandrea Construction Co., Inc,
AC Airport
Atlantic City, NJ 08234


Dandrea Construction Co., Inc.
346 Clarksville Road
West Windsor, NJ 08550


Dandrea Construction Co., Inc.
1750 Kresson Road
Cherry Hill, NJ  08003


Davis Construction
11955 Freedom Dr.
Reston, VA  20190

Daniel J. Keating Company
2809 Levick St.
Philadelphia, PA 19149


Daroff Design Architects
2121 Market St.
Philadelphia, PA  19104


Dechert
2929 Arch Street Cira Ctr.
Philadelphia, PA 19104


Deming, Jessie
9 Norman Lane
Philadelphia, PA  19118


Department of Labor & Industry
Office of Chief counsel
Labor & Industry Bldg., 10th Fl.
651 Boas Street
Harrisburg, PA    17121-0725


Devon Construction Services
1001 Old Cassatt Road
Berwyn, PA 19034


Devon Construction Services
1031 Old Cassatt Road, Ste. 100
Berwyn, PA  19312


Devon Construction Services
980 Jolly Road, 2nd Fl.
Blue Bell, PA  19422


D'Lauro & Rodgers
2002 Foulk Road, Ste. D
Wilmington, DE 19810


D'Lauro & Rodgers
2929 Arch Street
Philadelphia, PA 19104


D'Lauro & Rodgers
620 Stanton Christiana Road
Newark, DE 19713

D'Lauro & Rodgers
535 Pennsylvania Ave
Fort Washington, PA 19034


D'Lauro & Rodgers
1200 Pace Way
Lakewood, NJ  08701


Dobco Inc.
West Point Building
West Point Highway
West Point, NY 10996


Dobco Inc.
200 Headquarters Drive
Montgomery, NJ 08558


Domus Construction
2935-65 N. 2nd Street
Philadelphia, PA  19132


DPR Contractors
701 Union Blvd.
Totowa, NJ  07512


Draper
411 S. Pearl Street
P.O. Box 425
Spiceland, IN  47385


Draperies Etc., Inc.
P.O. Box 91
Milford, DE 19963


Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103


Duall Restoration Building
90 Grovers Mill Road
Plainsboro, NJ 08536


Dupuy Construction
559 West Germantown Pike
East Norriton, PA  19403

E. R. Stuebner
200 Mill Road
Haverford, Pa 19083


Eagles Stadium Operator LLC
1 Lincoln Financial Field Way
Philadelphia, PA 19148


Eagles Stadium Operator LLC
One Novacare Way
Philadelphia, PA  19145


Eagleville Hospital
100 Eagleville Rd.
Eagleville, PA  19403


East Penn Manufacturing Co.
102 Deka Road
Lyon Station, PA 19536


Eastern Construction
844 N King St.
Wilmington, DE 19801


Edis Company
601 Energy Lane
Dover, DE 19901


Emery, Jennifer
1464 W Front Street
Lincroft, NJ  07738


Entercom Pennsylvania LLC
2400 Market St.
Philadelphia, PA  19103


Ernest Bock & Sons Inc.
4750 Market St.
Philadelphia, PA 19139


Ernest Bock & Sons Inc.
92 & 94 Market St.
Salem, NJ 08807


Fabbri Builders
100 Walter A Gaines

Lawnside, Nj 08075

Fidelis Design & Construction
University & Woodland Aves.
Philadelphia, PA 19104

Fidelis Design & Construction
1111 East End Street
Wilkes Barre, PA 18764

Fidelis Design & Construction
1400 Black Horse Hill Road
Coatesville, PA 19320

Filter Club
24 S. 24th St.
Philadelphia, PA  19103

Flatiron Building Co.
3820 Locust Walk
Philadelphia, PA  19104

Florkowski Builders
3331 Street Road
Bensalem, PA 19020

Florkowski Builders
2821 Island Ave.
Philadelphia, PA 19153

Ford Credit
P.O. Box 220564
Pittsburgh, PA  15257-2564

Formcraft
3222 Phoenixville Pike
Malvern, PA  19355

Formcraft
300 Four Falls - 4Th Floor
Conshohocken, PA 19428

Formcraft
1818 Market Street, 22nd Floor
Philadelphia, PA 19103

Formcraft
838 Town Center Dr.
Langhorne, PA  19047

Four Seasons Hotel Phl
1 North 19th Street
Philadelphia, PA 19103

Frank B. Clayton's Sons, Inc.
3750 N. 5th Street
Philadelphia, PA  19140

Franklin Mint Federal Credit
5 Hillman Drive
Chadds Ford, PA  19137

Franklin Sq. Capital Partners
201 Rouse Blvd.
Philadelphia, PA  19112

Fraser Advanced Info System
320 Penn Avenue
West Reading, PA 19611

Free Library Of Philadelphia
3720 North Broad Street
Philadelphia, PA 19140

Free Library Of Philadelphia
1901 Vine St.
Philadelphia, PA  19103

Frommeyer Construction
30 Lawrence Rd.
Broomall, PA  19008

Garrard Construction Group
905 Taylor Ave.
Towson, MD  21286

Gatti Morrison
801 1st Ave.
King Of Prussia, PA 19406

Geis Realty
30 S. 17th St., 15th Floor
Philadelphia, PA 19103

Geis Realty
800 Walnut St., 19th Fl.
Philadelphia, PA 19106

George H. Rendell Assoc. Inc.
2100 Seaport Drive, SH200
Chester, PA 19013

Gibian LLC
259 E. Lancaster Ave.
Wynnewood, PA 19096

Gilbane
1600 Rockland Road
Wilmington, DE 19803

Gilbane
5501 Old York Road
Philadelphia, PA 19141

Gilbane Building Co.
42 Trinity Place
New York, NY 10006

Glaxo Smith Kline
5 Crescent Dr.
Philadelphia, PA 19112

Grace Construction Mgmt.
Rt 36 and Marin Way
Eatontown, NJ 07724

Grace Construction Mgmt.
111 South Broad Street
Philadelphia, PA 19147

Grace Construction Mgmt.
1101 US 9
Old Bridge, NJ 08857

Grace Construction Mgmt.

955 Route 9
North Perth Amboy, NJ 08879


Grace Construction Mgmt.
213 Dabury Rd.
Wilton, CT  06897



Grace Construction Mgmt.
761 Cuthbert Blvd.
Cherry Hill, NJ  08002


Grace Construction Mgmt.
32 Falcon Road
Hillsborough, NJ  08844


Grassi & Co.
50 Jericho Quadrangle
Jericho, NY  11753


Group M
Three World Trade Center
New York, NY 10007


Haaspeters Construction
1835 Market St.
Philadelphia, PA  19104


Haddonfield Public Schools
555 Centre Street
Haddonfield, NJ 08033


Haverford College
370 Lancaster Avenue
Haverford, PA  19041


Healthspark Foundation
2506 N. Broad St., Ste. 206
Colmar, PA  18915


Hessert Construction Group
1200 Old Trenton Rd.
West Windsor, NJ  08550


Hibbert Group
400 Pennington Ave.

Trenton, NJ  08618


Hite Construction Inc.
930 5th Ave.
New York, NY 10001


HKA Global
2005 Market Street, Ste. 820
Philadelphia, PA  19103


Holder Construction Company
Penn State University
State College Pa 16801


Holtec
1 Holtec Blvd.
Camden, NJ  08104


Home Depot Credit Services
P.O. Box 70293
Philadelphia, PA  19176


HSC Builders & Construction Mg.
3 Cooper Plaza
Camden, NJ 08103


HSC Builders & Construction Mg.
130 S. Bryn Mawr Ave.
Bryn Mawr, PA  19010


HSC Builders & Construction Mg.
50 Lapsley Lane
Merion Station, PA 19066


Hunter Douglas Architectural
12975 Brookprinter Place, Ste 210
Poway, CA  92064


Hunter Roberts Const. Group
1620 Sansom Street
Philadelphia, PA 19103


Hunter Roberts Const. Group
3025 JFK Blvd.
Philadelphia, PA 19104

Hunter Roberts Const. Group
1735 Market St.
Philadelphia, PA 19103


Hunter Roberts Const. Group
1001 Vine Street
Philadelphia, PA 19107


Hunter Roberts Construction
1504 Macombs Road
New York, NY 10452


Hunter Roberts Construction
720 Northern Blvd.
Greenvale, NY 11548


Hunter Roberts Construction
327 E. 64th Street
New York, NY 10065


Hunter Roberts Construction
3520 Locust Walk
Philadelphia, PA  19104

IMC Construction
1860 W Montgomery Ave.
Villanova, PA 19085


Imperial Privacy Systems, LLC
4100 SW 8th Street
Pompano Beach, FL  33069


Indecs
P.O. Box 506
Rutherford, NJ  07070


In Pro
S80 W18766 Apollo Drive
Muskego, WI 53150


Intech Construction Inc.
465 Marin Blvd.
Jersey City, NJ 07302


IRS
P.O. Box 21126

Philadelphia, PA 19114

Irwin & Leighton Inc.
100 Admiral Nelson Drive
Malvern, PA 19355

ISS Facility Services Inc.
125 South West St.
Wilmington, DE  19801

J. H. Williams Enterprises
1621 Long Beach Blvd.
Ship Bottom, NJ 08008

J.W. Carrigan LLC
705 General Washington Ave.
Norristown, PA  19403

Jackson's Window Shoppe, Inc.
633 Lausch Lane
Lancaster, PA 17601

Jefferson Health
380 N. Oxford Valley Rd.
Langhorne, PA  19047

John S McManus Inc.
2881 Pancoast Ave.
Aston, PA 19014

Jones Lang Lasalle
3901 Walnut St.
Philadelphia, PA  19104

Jones Lang Lasalle
565 E. Swedesford Rd.
Wayne, PA  19087

Joseph Ragaglia
2100 Hamilton Street Unit 2B
Philadelphia, PA 19130

JRM Construction Management
11 Madison Ave 12th Floor,

New York, NY 10010


JRM Construction Management
20 Hudson Yards Space RU 127
New York, NY 10001


JRM Construction Management
4 Columbus Circle
New York, NY 10019


JRM Construction Management
1 World Trade Center
New York, NY  10007


JVI-LLC
570 Union Blvd.
Allentown, PA 18109


Kellenberg Memorial Hs
1400 Glenn Curtiss Blvd.
Uniondale, NY 11553


Klein, Stephen
217 Delancey Street
Philadelphia, PA  19106


Kilpatrick Townsend & Stockton
P.O. Box 945614
Atlanta, GA  30394


Kipp Cooper Norcross Academy
525 Clinton Street
Camden, NJ 08103


KPMG
1601 Market Street
Philadelphia, PA 19100


Kushner Drapery
5305 Rt. 70
Pennsauken, NJ  08109


L.F. Driscoll Company
1800 Arch Street
Philadelphia, PA 19103

L.F. Driscoll Company
1010 Horsham Road
Horsham, PA 19044


L.F. Driscoll Company
1111 Amsterdam Ave.
New York, NY  10025


Lamarra Construction
26 W. Chelten Ave.
Philadelphia, PA  19144


Lakash Construction Inc.
2929 Arch Street
Philadelphia, PA 19104


Lakash Construction Inc.
2301 Renaissance Blvd.
King Of Prussia, PA 19406


Legrand Shading
55 Hymus Road
Scarborough, ON M1L 2C6


Lend Lease
53 West 53rd Street
New York, NY 10019


Levolor Commercial-CBG
P.O. Box 848630
Dallas, TX  75284


Loews Philadelphia Hotel
1200 Market St.
Philadelphia, PA 19107


Longwood Gardens
1001 Longwood Road
Kennett Square, PA 19348


Lutron Electronics
3477 Corporate Parkway
Center Valley, PA  18034


Lutron Services Co. Inc.

2929 Arch Street
Philadelphia, PA 19104

Malvern Treatment Center
1930 South Broad Street
Philadelphia, PA 19145

Mann Ctr For Performing Arts
5201 Parkside Ave.
Philadelphia, PA  19131

Maryland Use Tax Payable
52 Buttonwood Street
Norristown, PA  19401

Mason Building Group
Summit Bridge Road
Middltown, DE 19709

Massimino Building Corp.
41 Olden St.
Princeton, NJ 08540

McBuilders Construction
1776 North Broad Street
Philadelphia, PA 19121

McBrick Building Group
1515 The Fairway
Jenkintown, PA 19046

McBrick Building Group
2002 Joshua Road
Lafayette Hill, PA 19444

McKee Group
920 Sproul Road
Springfield, PA  19064

McKinsey & Company
3 World Trade Center, 61st Fl.
New York, NY  10003

Mecho Shade Systems, Inc.

7549 Graber Road
Middleton, WI 53562


Mid-Atlantic Construction
996 Railroad Ave.
Bryn Mawr, PA  09010


MLP PA Builders Holding LLC
411 Swedesford Road
King of Prussia, PA  19406


Montgomery County Tax Claim Bureau
One Montgomery Plaza, Suite 600

Norristown, PA  19401


Napco Copy Graphics
P.O. Box 234
Lyndhurst, NJ  07071


Nason Construction
2801 Centerville Rd.
Wilmington, DE 19808


Nason Construction
500 Stanton Christiana Road
Newark, DE  19713


Nason Construction
112 French St.
Wilmington, DE 19801


National Registered Agents
160 Greentree Drive, Ste. 101
Dover, DE 19904


New Age Development Group LLC
1700 Spring Garden St.
Philadelphia, PA  19130


New Jersey Use Tax Payable
52 Buttonwood Street
Norristown, PA  194001


Newark Knight Frank Global
700 S. Henderson Rd., Ste. 202

King of Prussia, PA  19406


Newmark Knight Frank Global
2 Industrial Blvd.
Paoli, PA  19301


Newport Construction
1035 Parkway Ave.
Ewing Twp., NJ 08618


Norwood
2500 Renaissance Blvd.
King Of Prussia, PA 19406


Nottingham Construction Inc.
9960 Roosevelt Blvd.
Philadelphia, PA 19115


Nycann Builders LLC
139 East 56th Street
New York, NY 10022


O'Donnell & Naccarato
701 Market Street
Philadelphia, PA 19106


Old Nelson Food
1500 Spring Garden St.
Philadelphia, PA  19130


OTG Management
8500 Essington Ave, PMB 500
Philadelphia, PA  19153


Otto's BMW
1275 Wilmington Pk.
West Chester, PA 19382


P. Agnes
3700 Walnut Street
Philadelphia, PA 19104


PA Academy Of Fine Arts
128 N. Broad Street
Philadelphia, PA 19019

PA Use Tax Payable
52 Buttonwood Stret
Norristown, PA  19401


Palace Builders
1306-1334 Callowhill Street
Philadelphia, PA 19123



Pancoast & Clifford
15 E. Ridge Pike
Conshohocken, PA 19428


Panncoast & Clifford
700 S. New Street
West Chester, PA  19383


Par 4 Electric
TJU 10th & Sansom St.
Philadelphia, PA  19107


Path
1919 Cottman Ave.
Philadelphia, PA 19111


Pathways School
162 Egypt Road
Norristown, PA  19403


Patriot Equities
1200 Liberty Ridge Dr. Ste 115
Wayne, PA  19087


Paul Restall Company LLC
8516 Landsdowne Ave.
Upper Darby, PA  19082


PECO Energy
P.O. Box 13439
Philadelphia, PA  19162


Peddie School
201 S. Main Street
Hightstown, NJ  08520

Penn Color
2801 Richmond Rd.
Hatfield, PA 19440


Penn Lighting Associates
417 N. 8th St., Ste. 302
Philadelphia, PA  19123


Penn Medicine
800 Walnut Street
Philadelphia, PA  19107


Penn Medicine
1865 Route 70 East
Cherry Hill, NJ  08003


Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA  17128-0946


Penntex Construction Co. Inc.
3943 Easton Nazareth Hwy
Nazareth, PA 18064


Penntex Construction Co. Inc.
221 US Route 322
Woolwich, NJ 08085


Penntex Construction Co. Inc.
5801 Columbia Park Rd.
Hyattsville, MD  20785


Penntex Construction Co. Inc.
170 New Britain Blvd.
Chalfont, PA  18914


Penny Wan
1774 Indian Run Lane
Malvern, PA 19355


Penske Truck Leasing
2675 Morgantown Road
Reading, PA 19607

Penntex Construction Co. Inc.
140 Concord Rd.
Aston, PA  19060


Penntex Construction Co. Inc.
10406 Tucker St.
Beltsville, MD  20705


Petretti & Associates
10 Hudson Yards
New York, NY 10001


Phila. International Ariport
8000 Essington Ave.
Philadelphia, PA 19153


Phila. Use Tax Payable
52 Buttonwood Street
Norristown, PA  19401


Philadelphia Eagles
One Lincoln Financial Field Way
Philadelphia, PA 19148


Philadelphia Housing Develop
732 N 36th Street
Philadelphia, PA 19104


Philadelphia University
4201 Henry Avenue
Philadelphia, PA 19144-5497


Prologis Logistics
1701 JFK Blvd.
Philadelphia, PA 19103


Quadratus Construction Management
200 East Packer Ave
Bethlehem, PA 18015


Radnor Township
301 Iven Avenue
Wayne, PA  19087


Ranco Construction Inc.
Atlantic City Airport

Atlantic City, NJ  08234

Raushmann
1 East 70th Street
New York, NY 10021

Rebekah Reddi Residence
727 S. Jessup Street
Philadelphia, PA 19147

Related Companies
451 10th Ave.
New York, NY 10001

Related Companies
515 W. 18th St.
New York, NY 10011

Related Companies
35th & 10th Aves.
New York, NY 10001

Related Companies
555 W 22nd St.
New York, NY 10011

Related Companies
500 W. 33rd Street
New York, NY  10001

Revo Industries Inc.
1000 Howard Blvd.
Mt. Laurel, NJ  08054

Revo Industries Inc.
319 N. Delaware Dr.
Glassboro, NJ  08028

Revo Industries Inc.
820 Adams Ave.
Norristown, PA  19401

R.H. Reinhardt Co.
1 West Elm Street

Conshohocken, PA  19428

Ritz Philadelphia
1414 S. Penn Square
Philadelphia, PA  19104

Romo
16722 West Park Circle Dr.
Chargin Falls, OH  44023

Rutgers University
330 Cooper St.
Camden, NJ  08102

S. B. Conrad Inc.
400 Allston Road
Haverford, PA 19083

Saint Gobains
20 Moores Road
Malvern, PA  19355

Sap NYC Hudson Yards
1071 5th Ave.
New York, NY 10128

Sassower, Wendy
3720 Chestnut St.
Philadelphia, PA  19104

Scholes Electric & Comms
1021 Centennial Ave.
Piscataway, NJ 08854

Schorn Construction
1100 Pulaski Highway
Bear, DE 19701

Sciame Construction LLC
1 E. 70th St.
New York, NY 10021

Science History Institute
315 Chestnut Street
Philadelphia, PA 19106

Sean Tyrell Inc.
290 Old Montauk Hwy
Montauk, NY  11954


Serviam
1700 South Lincoln Ave.
Lebanon, PA 17042


Shawmut Design & Construction
125 Clifford St.
Providence, RI 02903


Shawmut Design & Construction
2250 S. Columbus Blvd.
Philadelphia, PA  19104


Sherute LLC
200 Cabot Drive
Hamilton, NJ 08691


Sherute LLC
4 Black Forest Road
Hamilton, NJ 08691


Sherute LLC
500  Highland
Westhampton, NJ 08060


Sherute LLC
1000 Waterview Dr.
Hamilton, NJ  08691


Skanska USA Building Inc.
1000 5th Ave.
New York, NY 10028


Skanska USA Building Inc.
44 M St. NE
Washington, DC 20002


Skanska USA Building Inc.
120 W Gasparilla Plaza
Tampa, FL 33602

Skanska Walsh Jr.
Runway Drive
Queens, NY 11371


Skanska Walsh Jr.
Laguardia Airport
Queens, NY  11371


Skepton Construction
232 Level Road
Collegeville, PA 19426


Skyco Shading Systems, Inc.
3411 W. Fordham Avenue
Santa Ana, CA  92704


Small Grapes
11 Oxford Circle
Norristown, PA  19403


Somerset Properties Inc.
1100 Virginia Drive
Fort Washington, PA 19034


Speedwell Construction Inc.
Rt 191 and Jandy Blvd.
Lower Nazareth, PA 18064


Speedwell Construction Inc.
500 Lincoln Highway
Fairless Hills, PA 19030


Speedwell Construction Inc.
4th St. & Susquehanna St.
Allentown, PA  18103


Speedwell Construction Inc.
296 PA Route 940
Blakeslee, PA 18610


Springs Window Fashions
7549 Graber Road
Middleton, WI  53562


Station Partners
300 Brookside Ave.

Ambler, PA  19002


Stephen Winter Residence
200 E. 94th St. Penthouse W.
New York, NY 10128


Steven Dubner
35 Hudson Yards
New York, NY 19711


Stewart & Tate Construction
900 Principio Parkway
North East, MD 21901


Sullivan Construction
401 N. Broad Street
Philadelphia, PA  19108


Sullivan Construction
101 North Merion Ave.
Bryn Mawr, PA 19010


Sullivan Construction
240 South 40th St.
Philadelphia, PA  19104


Sullivan Construction
2929 Arch Street
Philadelphia, PA  19104


Sunair Awnings
7785 Old Jessup Rd #201
Jessup, MD 20794


Susquehanna International Grp
401 City Ave.
Bala Cynwyd, PA 19004


Sweetwater Construction
375 Phillips Blvd.
Ewing, NJ 08512


T.N. Ward Company
4601 Market Street
Philadelphia, PA 19139

Tapestry, Inc.
10 Hudson Yards
New York, NY  10001

Target Building Construction
239 Hurfville- Cross Keys Road
Sewell, NJ 08012

TD Bank
1068 Stelton Road
Piscataway, NJ  08854

Temple Univ. Facilities Mgmt.
1900 N. 13th St.
Philadelphia, PA  19122

The Bedwell Company
900 Market St.
Philadelphia, PA 19107

The Chestnut
3720 Chestnut Street
Philadelphia, PA 19104

The Children's Hospital
101 Plainsboro Road
Plainsboro, NJ  08536

The Nightingale Group
1500 Market St., 18th Fl.
Philadelphia, PA  19102

The Nightingale Group
1835 Market St., 3rd Fl.
Philadelphia, PA  19103

The Riff Group
1901 Market Street
Philadelphia, PA  19103

Tishman Speyer
One Bala Ave.
Bala Cynwyd, PA  19004

Tognini, Eileen
407 N. 20th St.
Philadelphia, PA  19130


Torcon Inc.
400-02 Chambers Ave.
Camden, NJ 08103


Torcon Inc.
3401 Princeton Pike
Lawrenceville, NJ 08648


Torino Incorporated
551 W. Lancaster Ave.
Haverford, PA  19041


Torino Incorporated
1835 Market Street
Philadelphia, PA 19103


Torino Incorporated
1650 Arch Street
Philadelphia, PA 19103


Torino Incorporated
357 S. Gulph Rd.
King of Prussia, PA  19406


Total Construction Inc.
9 Great Valley Parkway
Malvern, PA  19355


Total Construction Inc.
225 City Ave.
Bala Cynwyd, PA  19004


Transwall
1370 6th Ave.
New York, NY  10019


Triad 1828 Centre
2 Cooper Street
Camden, NJ  08102


Tredyffrin Township
1100 Duportail Road

Berwyn, PA  19315


Twindows Inc.
343 Berlin-Cross Keys Rd.
Sicklerville, NJ  08081


U.S. Attorney General
10th Constitution Room 5111
Washington, DC  20530


U.S. Attorney's Office
615 Chestnut Street, 12th Floor
Philadelphia, PA  19106-4404


Uncommon Schools
1650 Copewood Street
Camden, NJ  08103


United Rentals
P.O. Box 100711
Atlanta, GA  30384


United States Trustee
Office of the U.S. Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107-4202


University Of Pennsylvania
3730 Walnut Street
Philadelphia, PA 19104-6340


University of Pennsylvania
2929 Walnut St., Ste. 300
Philadelphia, PA  19104


University of Pennsylvania
3231 Walnut St.
Philadelphia, PA  19106


University of Penn Health System
800 Walnut St., 19th Fl.
Philadelphia, PA  19106


UPenn - The Wharton School

3720 Walnut Street
Philadelphia, PA 19104


UPenn - The Wharton School
3730 Walnut Street
Philadlephia, PA 19104


UPenn - The Wharton School
3641 Locust Walk
Philadelphia, PA 19104


USI Insurance Services
P.O. Box 61007
Virginia Beach, VA  23466


U.S. Squash
25 N. 33rd Street
Philadelphia, PA  19104


Ventresca Brothers
100 Sunnyside Road
Smyrna, DE 19977


W & W Glass
550 Washington St.N
New York, NY 10014


W.S. Cumby & Son
106 S. New Middletown Road
Media, PA 19063


W.S. Cumby & Son
550 Wesley Ave
Ocean City, NJ 08226


W.S. Cumby & Son
1785 Bishop White Drive
Newtown Square, PA 19073


Wacker Chemical Corp
6870 Tilgman St.
Allentown, PA 18106


Watchdog
One Commerce Square
Philadelphia, PA  19103

Welsh, Edward
1464 W Front Street
Lincroft, NJ  07738


West Chester Area SD
800 North Chest Road
West Chester, PA  19380


West Pharmaceutical
530 Herman O. West Drive
Exton, PA 19341


Whiting Turner Contracting
729 Westpark Drive
Tysons, VA 22102


Whiting Turner Contracting
222 Chestnut St.
Harrisburg, PA 17101


Whiting Turner Contracting
19161 Healthy Way
Rehoboth Beach, DE 19971


Widener University
One University Place
Chester, PA  19013


Window Tex
12830 Virkler Drive
Charlotte, NC  28273


Wolfe Scott Builders
101 N. Merion Ave.
Bryn Mawr, PA 19010


Wolfe Scott Builders
3217 W Clearfield St.
Philadelphia, PA 19132


Wolfe Scott Builders
150 North Highland Ave.
Bala Cynwyd, PA 19004

Wolfe Scott Builders
111-113 N. 3rd Street
Philadelphia, PA  19104

Worldwide Window Fashions
P.O. Box 46945
Philadelphia, PA 19160